**FILED**

JUL - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 9S§1983**

2  Name _Brown,       Hilton_

3  (Last)                    (First)                    (Initial)

4  Prisoner Number _B51265_  (s)   _Post office Box 7000_

5  Institutional Address _5905 Lake East Drive, Crescent City CA 95532_

6

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8  _Hilton Lawrence Brown_

9  (Enter the full name of plaintiff in this action.)

**CV 08 3324 TEH**

10            vs.                              Case No. _____
                                              (To be provided by the Clerk of Court)

11  _State of California_

12  _Governor Arnold Schwarzenegger_          **COMPLAINT UNDER THE**
                                              **CIVIL RIGHTS ACT,**
13  _1 first street capitol Mall_             **Title 42 U.S.C § 1983**

14  _Sacramento, California 95814_

15  (Enter the full name of the defendant(s) in this action)

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18       [**Note:** You must exhaust your administrative remedies before your claim can go

19       forward. The court will dismiss any unexhausted claims.]

20       A.    Place of present confinement _Pelican Bay State Institution_

21       B.    Is there a grievance procedure in this institution?

22             YES (✓)    NO ( )

23       C.    Did you present the facts in your complaint for review through the grievance

24             procedure?

25             YES (✓)    NO ( )

26       D.    If your answer is YES, list the appeal number and the date and result of the

27             appeal at each level of review. If you did not pursue a certain level of appeal,

28             explain why. _A07- 01806_

COMPLAINT                        - 1 -

1.  Informal appeal _Denied   7-27-07_ _____

_____

2.  First formal level _Denied   10-22-07_ _____

_____

3.  Second formal level _denied_ _____

_____

4.  Third formal level _denied_ _____

_____

E.   Is the last level to which you appealed the highest level of appeal available to

you?

YES (✓)    NO ( )

F.   If you did not present your claim for review through the grievance procedure,

explain why._____

_____

_____

II.   Parties.

A.   Write your name and your present address.  Do the same for additional plaintiffs,

if any.

_Hilton Lawrence Brown, B51265 (s)_

_5905 Lake Earl Drive, Post office Box 7000_

_Crescent City California 95532_

B.   Write the full name of each defendant, his or her official position, and his or her

place of employment. _Pelican Bay State Institution_

_c/o B. Poole, c/o Nelson, and Sergeant J. Preston_

COMPLAINT                    - 2 -

1  Racketeer Influenced and Corrupt Organization Act, pursuant to
2  28 USC § 2403 (a) Act of Congress in Question. Superior Court of
3  Del Norte # 08-2157, Welfare and Institution Code § 5328.1
4  thru 7 Administrative Law Judge small claims & Habeas Corpus
5  Case # 08-5082 Del Norte.

III.    Statement of Claim.

6      State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  Brown, Hilton Lawrence went to work on the 16th Wednesday
11  of January 2008. To prevent him from completing his refund
12  for money c/o B. Poole had the control Booth allow other
13  inmates to steal property from his cell. By leaving his cell
14  door open while inmate was at work. Because he wrote out
15  the 602 appeal for grievance and ask that his cell door be
16  kept lock before leaving to work at 6:30 am. C/o Nelson Then
17  entered the cell for a routine cell search on the 2nd watch
18  2:00 pm while inmate was on the yard to the document. Then
19  had another inmate to attack Brown, H.L. to conceal & steal an
20  Court orders. Brown H.L. was thrown to the ground on The
21  1-16-08 and received a dislocated broke small finger on his
22  both hand done to the Prison Guards and inmates in the unit.

23  IV.    Relief.

24      Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  Punitive damage in the form of money for the cost of
27  Court and refund for filing fees, Demand for a Jury Trial
28  to determine complex issue of Racketeer using his or her
   Peace officer Job to cause pain and injury through another.

   INMATE
   COMPLAINT                        - 3 -

1   Intent to cause pain the ADA Request for Accommodation was
2   Granted by Pelican Bay State Institution ADA # 01-00185 due to
3   Emphysema Brown, H.W. was to be housed at least three unit
4   cells from the Unit shower because the moister/water aggregates
    his Lungs Condition. At this present date inmate is housed next to unit
5   I declare under penalty of perjury that the foregoing is true and correct.
6   shower inviolation of ADA agreement.

7   Signed this 1st July day of   July          , 20 08

8                    Hilton Lawrence Brown
9                    Brown, Hilton Lawrence

10                       (Plaintiff's signature)
11                    355 Business Law

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT                          - 4 -

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 5, 2008

Mr. Hilton Lawrence Brown
Prisoner ID #B51265 Housing AI-103
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

> Re: Hilton Lawrence Brown
> v. Commissioner of Internal Revenue, et al.
> No. 07-9687

Dear Mr. Brown:

The petition for a writ of certiorari in the above entitled case was filed on February 26, 2008 and placed on the docket March 5, 2008 as No. 07-9687.

A form is enclosed for notifying opposing counsel that the case was docketed.

Sincerely,

William K. Suter, Clerk

by

Heather Trant
Case Analyst

Enclosures

# Supreme Court of the United States

Hilton Lawrence Brown
(Petitioner)

v.

No. 07-9687

Commissioner of Internal Revenue, et al.
(Respondent)

To _____ Counsel for Respondent:

**NOTICE IS HEREBY GIVEN** pursuant to Rule 12.3 that a petition for a writ of certiorari in the above-entitled case was filed in the Supreme Court of the United States on February 26, 2008, and placed on the docket March 5, 2008. Pursuant to Rule 15.3, the due date for a brief in opposition is Friday, April 04, 2008. If the due date is a Saturday, Sunday, or federal legal holiday, the brief is due on the next day that is not a Saturday, Sunday or federal legal holiday.

Unless the Solicitor General of the United States represents the respondent, a waiver form is enclosed and should be sent to the Clerk only in the event you do not intend to file a response to the petition.

Only counsel of record will receive notification of the Court's action in this case. Counsel of record must be a member of the Bar of this Court.

> Mr. Hilton Lawrence Brown
> Pelican Bay State Prison
> PO Box 7500
> Crescent City, CA 95532

NOTE: This notice is for notification purposes only, and neither the original nor a copy should be filed in the Supreme Court.

IN THE SUPREME COURT OF THE UNITED STATES

BROWN, HILTON LAWRENCE

    Petitioner

vs.          '

COMMISSIONER OF INTERNAL REVENUE, ET AL.

No:   07-9687

## WAIVER

The Government hereby waives its right to file a response to the petition in this case, unless requested to do so by the Court.

PAUL D. CLEMENT
Solicitor General
Counsel of Record

March 12, 2008

cc:

   .

      HILTON LAWRENCE BROWN
      #B51265
      PELICAN BAY STATE PRISON
      HOUSING AI-103
      PO BOX 7500
      CRESCENT CITY, CA 95532

NAME: Brown                    NUMBER B51265    HOUSING A1-1032    PBSP-LAB-001

PELICAN BAY STATE PRISON                    HEALTH CARE SERVICES UNIT

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS          TEST DATES: 1/23/08

TYPE OF TEST:          BASIC BLOOD TESTS          HEPATITIS SCREEN          X-RAY          EKG
(circle test type)     OTHER:
                                                                          #4 Lt. small lir.
                                                                          post reduction $3

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

☐  Your test result is essentially within normal limits.  No physician follow-up is required.

☐  Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐  Your test result is not within normal limits.  You will be scheduled to discuss the results with a physician.

☐  Your test result is not within normal limits.  Further studies are required and have been scheduled for you.  You

    will receive further information on this study at a later date.

PHYSICIAN REMARKS          Healing cl

1. HEALTH RECORD COPY                              _____
                                                    Physician & Surgeon
2. PATIENT COPY

3. PHYSICIAN COPY                                  _____
                                                    Date &Time

## CONFIDENTIAL

NAME:                    NUMBER                    HOUSING                    PBSP-LAB-001



14563233          12-75-43
CDC. B51265
DOB:12/23/47    60YM  CO
ATT:DUNCAN,GREGORY
REF:
CON:
SUR      S      2/08/08

NAME: Brown                NUMBER  B51265        HOUSING  A1-103L        PBSP-LAB-001

**PELICAN BAY STATE PRISON**          **HEALTH CARE SERVICES UNIT**

**NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS**          **TEST DATES:**   1/23/08

| TYPE OF TEST: | BASIC BLOOD TESTS | HEPATITIS SCREEN | X-RAY | EKG |
|---|---|---|---|---|
| (circle test type) | OTHER: | | | |

Lt. small finger
post reduction (x3

**YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:**

☐   Your test result is essentially within normal limits. No physician follow-up is required.

☐   Your test result remains unchanged and will be reviewed with you at your next Chronic Care Appointment.

☐   Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

☐   Your test result is not within normal limits. Further studies are required and have been scheduled for you. You

    will receive further information on this study at a later date.

PHYSICIAN REMARKS          Discussed

1.   HEALTH RECORD COPY                              _____
                                                     Physician & Surgeon

2.   PATIENT COPY

3.   PHYSICIAN COPY                                  _____
                                                     Date &Time

**CONFIDENTIAL**

NAME:                    NUMBER              HOUSING              PBSP-LAB-001

NAME: Brown                    NUMBER B51265    HOUSING        PBSP-LAB-001
                                                A1- 1032

**PELICAN BAY STATE PRISON**          **HEALTH CARE SERVICES UNIT**

NOTIFICATION TO PATIENT OF LABORATORY TEST RESULTS        TEST DATES: 2/6/08

**TYPE OF TEST:**        **BASIC BLOOD TESTS**      **HEPATITIS SCREEN**      **X-RAY**        **EKG**
(circle test type)       **OTHER:**
                                                                    Lt. 5th finger

YOUR TEST RESULTS WERE EVALUATED BY A PHYSICIAN AS FOLLOWS:

☑  Your test result is essentially within normal limits. No physician follow-up is required.

☐  Your test result remains unchanged an will be reviewed with you at your next Chronic Care Appointment.

☐  Your test result is not within normal limits. You will be scheduled to discuss the results with a physician.

☐  Your test result is not within normal limits. Further studies are required and have been scheduled for you. You

   will receive further information on this study at a later date.

PHYSICIAN REMARKS _____

_____

_____

_____

_____

_____

_____

1.  HEALTH RECORD COPY                        _____
                                              Physician & Surgeon

2.  PATIENT COPY

3.  PHYSICIAN COPY                            _____
                                              Date &Time

## CONFIDENTIAL

NAME :                    NUMBER          HOUSING        PBSP-LAB-001

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE**

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| KVSP | Clinic | INJURY / USE OF FORCE / UNUSUAL OCCURRENCE | | PRE AD/SEG ADMISSION | |

| THIS SECTION FOR INMATE ONLY | NAME LAST Brown | FIRST Hilton | CDC NUMBER B51265 | HOUSING LOC. A7-123 | NEW HOUSING LOC. |
|---|---|---|---|---|---|

| THIS SECTION FOR STAFF ONLY | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME LAST | FIRST | MIDDLE | DOB | OCCUPATION |
|---|---|---|---|---|---|
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) |
|---|---|---|
| Main Kitchen | 1/16/08 1000 Am | none |

| TIME NOTIFIED 1315 | TIME SEEN 1315 | ESCORTED BY C/O | MODE OF ARRIVAL (circle) AMBULATORY / LITTER / WHEELCHAIR / ON SITE | AGE | RACE | SEX |
|---|---|---|---|---|---|---|

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE
1/16/08 I/M stated he was thrown to floor and @ hand was stepped on - @ forehead + richell.
994 130/70 104 16    98%

| INJURIES FOUND YES/NO | | |
|---|---|---|
| Abrasion/Scratch | 1 | |
| Active Bleeding | 2 | |
| Broken Bone | 3 | |
| Bruise/Discolored Area | 4 | |
| Burn | 5 | |
| Dislocation | 6 | |
| Dried Blood | 7 | |
| Fresh Tattoo | 8 | |
| Cut/Laceration/Slash | 9 | |
| O.C. Spray Area | 10 | |
| Pain | 11 | |
| Protrusion | 12 | |
| Puncture | 13 | |
| Reddened Area | 14 | |
| Skin Flap | 15 | |
| Swollen Area | 16 | |
| Other | 17 | |
| | 18 | |
| | 19 | |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME 1320 1/16/14 | PHYSICIAN NOTIFIED/TIME 1330 C/O |
|---|---|

TIME/DISPOSITION  To C+C 1330

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) R. Stone LVN | BADGE # N000330 | RDOs |
|---|---|---|

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDC 7219 (Rev. 08/04)    DISTRIBUTION:  ORIGINAL - Custody    CANARY -Inmate/Employee    PINK - Health and Safety / RTW Coordinator

U.S. D.C. Richmond Virginia #06-529

1
2
3
4       United States District Court
5           Northern District of California
6           450 Golden Gate Avenue
7           San Francisco, California 94102
8
9
10  Hilton Lawrence Brown
        No# 851265 (s)                        Motion of Discovery
11  5905 Lake Earl Drive                      Case# 07-9687 Supreme Court U.S.
12  Crescent City California 95532            Debt: 6199804003245101
13  Appellant and Plaintiff
                                             U.S.T.C case# 15701-07
14          versus
15  President: George W. Bush, Jr
        650 Pennsylvania Avenue
16  Washington, D.C. 20543
17                      additional
18  Solicitor General of the United States
19  Paul D. Clement
        950 Pennsylvania Avenue
20  Washington, D.C. 20530
21                      additional
22  Pelican Bay State Institution
23  Warden: Robert A. Horel
24  5905 Lake Earl Drive
25  Crescent City California 95531
26          Real Parties of Interest
27
28

1 Preliminary Examination federal Rule of Criminal Procedure
2 rule 5 (c). Not Later than 10 Ten days following the initial
3 appearance, f.R.C.P. rule 5 (a) accord Title 18 u.s.c. section
4 3060 (a) 1988 to determine Probable Cause to bind the accused
5 defendant for Trial on showing of Good Cause f.R.C.P. rule 5.1
6 The Hearing. When the Magistrate, Judge is unavailable f.R.C.P.
7 rule 5 (a), A Conflict of Interest rule by the Objection at Trial
8 reflects counsels actual relationship to a party of Interest.
9 30 A Am J Rev'ed Judges Section 89 DisQualification. When
10 the attorney made it possible for usage of false arrest and
11 UNLawful detention 22 Am J2d false Imprisonment section
12 1 & 2 Certiorari denied 479 U.S. 825 (1986) U.S. vs. Gambino
13 788 f2d 938 (3rd cir)
14 California Welfare and Institution Code section 5328.1 thru
15 7, Authorization for Release of Patient Information, California
16 Penal Code section 1054.1 thru 7 Good faith Agreement for
17 Discovery. Title 10 u.s.c. section 1552 a Request for the
18 Transcript before the Department of the Army. Which forms
19 the Objection made prior to the start of trial. Service of
20 subpoena, California Code of Regulations section 100, Title
21 1 related appeals Government Code section 11346.2 (d)
22 Register 93 section 36 California, remittitur for repair of
23 disLocated broke finger and Electro Convulsive Therapy
24 Given InvioLation. Oil Base Company vs Transport Indemnity
25 Company (1956) 299 P2d 952, 143 CA2d 453 Corrected
26 306 P2d 924, 148 CA2d 490 defenant Convicted and
27 held Liable for damage of a demurrer right to file suite
28 People vs Mosely (1956) 299 P2d 745, 142 A.C.A. 931

(2)

1  Brown, Hilton Lawrence do solemnly affirm the Motion for
2  Discovery is true and correct. To the best of my own
3  Knowledge under a penalty of perjury.
4
5
6
7
8
9  Brown, Hilton Lawrence
10  NO# B51265 (S)
11  5905 Lake Earl Drive
12  Post Office Box 7000
13  Crescent City California 95532
14
15  Executed this 3rd Tuesday of June 2008
16
17
18
19
20
21
22
23
24
25
26
27
28

Hilton Lawrence Brown
Brown, Hilton Lawrence
355 Business Law

(3)

U.S.D.C. Richmond Virginia #06-529

1
2
3
4
5
6
7
8
9

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

10  Hilton Lawrence Brown              Jurisdictional Statement
11    No# B51265 (S)                   Case # 07-9687 Supreme Court U.S.
12  5905 Lake Earl Drive               Debt: G199804003245101
13  Crescent City California 95532     U.S.T.C. case# 15701-07
      Appellant and Plaintiff
14            versus
15  President of the United States
16  650 Pennsylvania Avenue
17  Washington, D.C. 20543
                    additional
18  Solicitor General of the United States
19    Paul D. Clement
20  950 Pennsylvania Avenue
21  Washington, D.C. 20530
                    additional
22  Pelican Bay State Institution
23  Warden: Robert A. Horel
24  5905 Lake Earl Drive
25  Crescent City California 95531
26      Real Parties of Interest
27
28                    (

1 To invoke Original authority as Jurisdiction under Article
2 III of the Constitution of the United States. Title 28 U.S.C.
3 Section 1251 and Administrative Law Section 11 of the United
4 States Constitution to include supervisory of rehearing the
5 Controversy pursuant to title 28 U.S.C. section 1254 (2) to
6 Justify extraordinary release 28 U.S.C. section 1651(a)
7 for the stay of Certiarari 28 U.S.C. Section 2101 (F) together
8 with service on the state Attorney General and the state
9 Governor. The fact that the constitutionality of an act
10 of Congress has been serve on the Grand Jury pursuant
11 to 28 U.S.C. Section 2403 (a) and (b), 2 Am J2d Administrative
12 Law section 692

13   Proof of Service by mail California Code of Civil Procedure
14 Section 101 (a) section 2015 thru 5 when the United States
15 marshall is not available under 28 U.S.C. section 1746
16 Verification of Document was completed by deposit into
17 the United States Postal Service address to counsel of
18 record for respondent

19 United States Marshall          Supreme Court of the United States
20 Process of Service              Heather Trant : Clerk
21 1100 East Main Street           1 first Street, N.W
22 Richmond Virginia 23219         Washington, D.C. 20543
23
24
25 Brown, Hilton Lawrence do solemnly affirm proof of
26 Service is true and Correct to the best of my own
27 Knowledge under a penalty of perjury.
28                                   Hilton Lawrence Brown
Executed this 3rd Tuesday of June 2008   Brown, Hilton Lawrence
                                         355 Business Law

**SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF DEL NORTE**

| | |
|---|---|
| **Plaintiff: HILTON L B-51265 BROWN**<br><br>☐Present  ☒Not Present | **Judge:** ☒ **FOLLETT** ☐ _____<br>**Clerk:** ☐Enea ☐Obuchon ☐Reynolds ☐Robson ☒Sala ☐ _____ |
| **Defendant: SCHWARZENEGGER, GOVERNOR**<br><br>☐Present  ☒Not Present | **Bailiff:** ☒Dickson ☐Esparza  ☐Shine  ☐ _____<br>**CSR:** ☐Beard  ☐Cobarruviaz ☐McClendon☐ _____<br>**Cert. Interpreter:** _____<br>**Non-certified Interpreter:** _____<br>**Language:** ☐Spanish ☐ _____ |
| **SMALL CLAIMS COURT MINUTES** | Date: **06/16/2008**<br><br>Case Number: **C1-CL-08-0002157** |

Action dismissed ☐ with ☐ without prejudice by judge.

Plaintiff                                        Defendant
Witness:                                       Witness

_____          _____

_____          _____

_____          _____

Plaintiff                                        Defendant
Exhibits                                        Exhibits

_____          _____

_____          _____

_____          _____

Unless Judge orders Exhibits kept, Clerk shall return all exhibits to
☐ Plaintiff   ☐ Defendant at the end of today's hearing.

☐ Judgment and Order Announced From the Bench

**JUDGMENT** is for the:
  ☐ Plaintiff in the amount of $_____ [plus interest in the amount of $_____], plus court
      costs in the amount of $_____.

  ☐ Defendant in the amount of $_____ [plus interest in the amount of $_____], plus court
      costs in the amount of $_____.

**Page 1 of 2**

C1-CL-08-0002157

The main reason for my decision is:

_____

_____

☐  *Optional*: Judge Orders Installment payments by ☐ Plaintiff      ☐ Defendant

This judgment is to be paid in monthly payments of $_____,

Payments are due on the _____ of each month beginning _____ [date].

If any payment is not paid within ten days of the date it is due, the entire judgment becomes due and payable.

☐  **Judge Takes Case Under Submission**
I have heard all the evidence. I think the matter requires further consideration so I will take the case under submission and mail you my decision. Until you receive my decision, it is important that you do not contact the court or try to give me any new information because it would be unfair to the other party for me to hear evidence without giving the other party a chance to respond. You will receive my decision by mail in approximately [30 days] [Clerk is required to insert 30 days unless judge states some other length of time].

☐  **Default Judgment:**
I find that the plaintiff has proved ☐ his ☐ her case. I will give to the plaintiff judgment in the amount of:

   ☐   $_____ [amount not exceeding that requested in the claim]

   ☐   Plus interest [interest rate of _____%] and clerk to provide copy of minute to Court Executive
        Officer/Clerk of the Court.

   ☐   Court costs awarded in the amount of $_____.

☐  Case is Continued for the following reason:____
Clerk is directed to set a future hearing on _____ in Department_____ at

_____am/pm. and Clerk shall mail notice to both parties within 48 hours.

Other:

No appearance by Plaintiff or Defendant. Matter dropped from Calendar, subject to being reset and new notices going out.

_____

**Copies Mailed to:**
☑Plaintiff   ☑Defendant  ☐_____                    **Page 2 of 2**

Small Claims Minutes- Rev. 3/2008

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Reversal error by court order

2

3            United States Court of Appeals
4               for the fourth circuit
5               1100 East main street
6               Richmond, Virginia 23219
7

8

9  Hilton Lawrence Brown                    Verification of Document
10    No# B51265 (S)                              (refund)
11  5905 Lake Earl Drive                     Case # 07-7740
12  Crescent City California 95532
13  Appellant and Plaintiff
                  versus
14  Resident of the United States
15   George W. Bush, Jr.
16  1600 Pennsylvania Avenue
17  Washington, D.C. 20050
18                  additional
19  Solicitor General of the United States
        Paul D. Clement
20  450 Pennsylvania Avenue
21  Washington, D.C. 20530
22                  additional
23  Pelican Bay state Institution
24    Wardens Robert A. Horel
25  5905 Lake Earl Drive
     Post Office Box 7500
26  Crescent City California 95531
27    Real Parties of Interest
28

1 Federal Rule of Civil Procedure rule 4 (a) (b) (c) request for a
2 transfer to the appropriate trial court for a jury trial. Initial
3 small claims Appeal and United States Tax court decision for
4 service of Discovery Motion, Jurisdictional statement and Certiorari
5 Preliminary Hearing in court. A decision to subpoena and complete
6 Proof of Service did not receive a schedule date for a hearing
7 from the United States Marshall or the Department of the sheriff.
8 Information is necessary for the address of the Department of
9 the sheriff and United States Marshall for service of a copy To
10 each party. Kindly acknowledge the Opening Brief Served.But
11 having been denied Law Library access at Pelican Bay state
12 Institution due to a Disability and Request for Accommodation
13 or release from Administrative Segregation detention without
14 any violation of the Law Nor a cdc 115 rule violation. The
15 custody decision was made after Plaintiff was attacked.
16 The Electro Convulsive Therapy and punitive damage for the
17 Dislocated broke small finger on the Left hand with initial
18 Lose of a Job in the main Kitchen. Along with stabbed wounds
19 from a riot are necessary Medical Records. Administrative
20 Segregation has me in actual custody from the 19th Saturday
21 of January 2008 until the present date of todays writing.
22 A Civil Subpoena Dues Tecum form 482 (a) (15) In forma
23 Pauperis Affidavit for the federal courts was completed
24 for a waiver of the process of Service fees on defendants and
25 Real Parties of Interest, 28 usc Section 1, Supreme Court rule 4, 2
26
27 Brown, Hilton Lawrence        Hilton Lawrence Brown
       No# B51265 (S)            355 Business Law
28 5405 Lake Earl Drive
   Post Office Box 7000
   Crescent City California 95532

CDC-119 Query

8/15/2007

| CDC NUMBER | INMATE NAME | NAME TO/FROM | CITY/STATE CERTIFIED # | SENT | REC'D |
|---|---|---|---|---|---|
| B51265 | BROWN | SUP COURT | CC CA | 3/15/2007 | |
| B51265 | BROWN | US COURT OF APPEALS | RICHMOND CA | | 3/19/2007 |
| B51265 | BROWN | SUP COURT | WASH DC | | 3/19/2007 |
| B51265 | BROWN | US COURT OF APPEALS | SF CA | | 3/19/2007 |
| B51265 | BROWN | USDC | RICHMOND VIRGINIA | 3/23/2007 | |
| B51265 | BROWN | BOC | SAC CA | | 3/27/2007 |
| B51265 | BROWN | USDC | RICHMOND VIR | | 4/3/2007 |
| B51265 | BROWN | SUP COURT | CC CA | 4/9/2007 | |
| B51265 | BROWN | US COURT OF APPEALS | RICHMOND VIR | | 4/10/2007 |
| B51265 | BROWN | SUP COURT PELICAN BAY | WASH DC | 4/11/2007 | |
| B51265 | BROWN | USDC | DALLAS | 4/13/2007 | |
| B51265 | BROWN | US COURT OF APPEALS | NEW ORLEANS LOUISIANA | | 4/16/2007 |
| B51265 | HILTON LAWRENCE BRO | U.S.DISTRICT COURT UNIT A-3 | RICHMOND, VIRGINIA | 4/17/2007 | |
| B51265 | BROWN | USDC | SF CA | | 4/20/2007 |
| B51265 | BROWN | USDC | sf ca | | 4/20/2007 |
| B51265 | BROWN | US COURT OF APPEALS | RICHMOND VIR | | 4/23/2007 |
| B51265 | BROWN | US COURT OF APPEALS | RICHMOND VIR | | 4/23/2007 |
| B51265 | BROWN | SUPREME COURT | WASH DC | | 4/23/2007 |
| B51265 | BROWN | SUP COURT | CC CA | | 4/25/2007 |
| B51265 | BROWN | SUP COURT | WASH DC | 4/26/2007 | |
| B51265 | BROWN | USDC | DALLAS TX | | 4/30/2007 |
| B51265 | HILTON LAWRENCE BRO | SUPERIOR COURT OF CA | CRESCENT CITY, CA | 5/8/2007 | |
| B51265 | BROWN | COURT OF APPEALS | SF CA | 5/18/2007 | |
| B51265 | BROWN | SUP COURT | SALINAS | 5/18/2007 | |
| B51265 | BROWN | SUP COURT | RICHMOND CA | 5/21/2007 | |
| B51265 | BROWN | SUP COURT | WASH DC | 5/21/2007 | |
| B51265 | BROWN | USDC | DALLAS TX | 5/21/2007 | |
| B51265 | HILTON LAWRENCE BRO | U.S.COURT OF APPEALS | RICHMOND, VIRGINIA | | 5/22/2007 |
| B51265 | HILTON L. BROWN | FIRST DISTRICT COURT OF APPEAL | SAN FRANCISCO, CA | | 5/22/2007 |
| B51265 | BROWN | US TAX COURT | WASH DC | 5/29/2007 | |
| B51265 | BROWN | USDC | PORTLAND OR | 5/29/2007 | |
| B51265 | BROWN | SUP COURT | SAN LUIS OBISPO CA | 5/29/2007 | |
| B51265 | BROWN | COURT OF APPEALS | SF CA | 5/29/2007 | |

Page 8

State of California                                                Department of Corrections and Rehabilitation
                                                                               CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM

Name: __BROWN__    Number: __B57265__ Housing: __AD 123__

### YOUR APPEAL IS BEING REJECTED/CANCELLED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria:

[ ] 1.   The resolution is not within CDC's jurisdiction. See CCR, Title 15, Sections 3084.2(e) and 3084.3(c)(1).

[ ] 2.   The appeal duplicates the inmates previous appeal. See CCR, Title 15, Section 3084.3(c)(2).
    [ ] (a) Your appeal has been screened out on _____ for _____ .
    [ ] (b) Your appeal is being reviewed at the _____ Level, Log # _____ .
    [ ] (c) Your appeal has been completed at the _____ Level, Log # _____ .

[ ] 3.   The appeal concerns an anticipated action or decision. See CCR, Title 15, Section 3084.3(c)(3).

[ ] 6.   The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit. See CCR, Title 15, Sections 3084.2(c), 3084.3(c)(6), and 3084.6(c).

[X] 8.   Abuse of the Appeal Process/Right to Appeal.
    [ ] (a) Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive. See CCR, Title 15, Section 3084.4(a).
    [ ] (b) Inappropriate statements. The appeal contains false information, profanity, or obscene language. The appeal is rejected. See CCR, Title 15, Section 3084.4(b).
    [ ] (c) Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation. See CCR, Title 15, Section 3084.4(c).
        [ ] (1) Only allowed 1 added page, front and back, to describe the problem and action requested in Sections A and B, per CCR, Title 15, Section 3084.2(a)(1).
        [ ] (2) Only supporting documentation necessary to clarify appeal shall be attached to the appeal, per CCR, Title 15, Section 3084.2(a)(2).
    [ ] (d) Lack of cooperation. Appellant refused to cooperate and/or interview with the reviewer which has resulted in cancellation of the appeal, per CCR, Title 15, Section 3084.4(d).
        [ ] (1) Your appeal was screened out and returned to you with instructions:
            [ ]                    [ ]                    [ ]
    [ ] (e) Failed to reasonably demonstrate the decision, action, policy, or condition as having an adverse affect upon the inmate's welfare, per CCR, Title 15, Section 3084.1(a).
    [X] (f) This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview form or CDC-7362, Medical Request form).

[ ] 9.   Cannot appeal on behalf of another inmate/person. See CCR, Title 15, Sections 3084.2(d) and 3084.3(c)(7).

[ ] 10.   Issue resolved at previous level of Appeal review. See CCR, Title 15, Sections 3084.3(c)(8) and 3084.4(d).

Comments: __YOU ARE ATTEMPTING TO CHANGE THE__
__FOCUS OF YOUR APPEAL. SECTION D IS__
__NOW SIMPLY A REQUEST FOR INFORMATION__
__TO BE HANDLED OUTSIDE OF THE APPEAL__
__Require proof of owership, under amended process__
__evidence a copy from the mailroom is necessary. (attach to 602)__

C. E. WILBER          __Missing document See Log 4-10-07 USOC# Richmond H.d Brown__
Appeals Coordinator    __and 4-20-07 USDC# San Francisco were taken from cell B-5-07__
                       Date

This screening decision may not be appealed unless you can support an argument that the above is inaccurate.
In such a case, please return this form to the Appeals Office with the necessary supporting information.

### PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE
                    PBSP     (Rev.  11/06)     CCR 3084.3(d)     PBSP

JUL 3 0 2007

# FIRST LEVEL APPEAL RESPONSE

**DATE:**                          September 11, 2007
**APPEAL LOG NUMBER:**             PBSP-A07-01806
**INMATE NAME:**                   BROWN
**CDCR NUMBER:**                   B51265
**APPEAL DECISION:**               **DENIED**

**APPEAL ISSUE:**    (Modified)
In your written appeal you state you want your court fees to be refunded and to cease payments for court costs.

**FINDINGS**:

A review of your appeal has been completed. Your complaint, including your requested action has received careful consideration. On September 11, 2007, Correctional Sergeant J. Preston interviewed you concerning this appeal. During the course of this interview you stated you wanted to continue with the appeal. During the interview you claimed your legal work was taken out of your cell by the Correctional Officers working in the unit. After interviewing staff in the unit, it is apparent that nothing was removed from your cell; there is no documentation to support your claim that Correctional Officers removed this legal material from your cell.

**DETERMINATION OF ISSUE**

A thorough review of the requested action presented in this appeal has been completed. Based on this review; your request to have your court fees refunded and payment for future court cost is **DENIED** at the First Level of Review. This is based upon the fact staff did not remove legal work from your cell thus causing you to miss court deadlines.


K. B. MCGUYER                                   M. A. COOK
Facility Captain                                Associate Warden
Facility A                                      General Population

## HILTON BROWN – B51265
## COURT CASES FOR FEDERAL FILING FEES

| | |
|---|---|
| Clerk<br>United States Court of Appeals<br>For the District of Columbia Circuit<br>333 Constitution Ave, N.W.<br>Washington, DC 20001-2866 | Case No. 99-5012 / 98cv00607<br>Amount collected in DECEMBER, 2007: **$7.14**<br>Fee Balance after remittance $ 18.27<br><br>Case No. 96-5369 / 96cv02432<br>Amount collected in DECEMBER, 2007: **$7.14**<br>Fee Balance after remittance: $ 18.27 |
| Clerk, US District Court<br>For the District of New Hampshire<br>Warren B. Rudman U.S. Courthouse<br>55 Pleasant Street, Room 110<br>Concord, NH 03301-3941 | Case No. 02-2542/DC No. 02-CV-00262<br>Amount collected in DECEMBER, 2007: **$7.14**<br>Fee Balance after remittance: $ 18.27 |
| Clerk<br>United States District Court<br>219 S. Dearborn St.<br>Chicago, IL 60604<br>Attn: Fiscal Dept | Case No. 99 C 7694 Appellate Case No. 01-1013<br>Amount collected in DECEMBER, 2007: **$7.14**<br>Fee Balance after remittance $ 18.27<br><br>Dist Case No. 99 C 7694 Appellate Case No. 99-4368<br>Amount collected in DECEMBER, 2007: **$7.14**<br>Fee Balance after remittance: $ 18.27 |
| VIRGINIA – CEASE COLLECTIONS | 3:06CV529 – REFUND RECEIVED AND APPLIED TO OTHER CASES NOVEMBER, 2007 |

12/20/2007

I thought you might like to know how close you are to paying off your Federal Filing Fees. After the payment we collected in December, the balance for each obligation has dropped under $20, and at the current rate of payment, our final collection could be in March.

FILED: February 11, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

---

No. 07-7740

(3:07-cv-00531-REP)

---

HILTON LAWRENCE BROWN,

Plaintiff Appellant

v.

COMMISSIONER OF INTERNAL REVENUE; BOARD OF PAROLE HEARINGS,

Defendants - Appellees

---

O R D E R

---

The Court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*

*(top right handwritten)* LEGAL WORK MISSING AFTER CELL SEARCH

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. PBSP
2. _____

Log No. A07-01806
2. _____

Category 5/8

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Brown, H.L. | B51265 (S) | Culinary | A7-123 |

A. Describe Problem: On the 17th Tuesday of July 2007, I had an attorney visit to prepare for the Board of Prison Terms Hearing. Problem the legal documents the order by the court case# 06-529 USDC # E.D by Judge, Bowe E. Payne, and and Judge: M. Hannah Lauck Legal Court forms were missing from my cell. Problem in order to appeal the case 06-529 ucDc #E.D I must have a copy of the order to send into the court of Appeals. The Interlocutory Appeal form title 28 u.s.c. Section 1482(b) was missing. My cell had been searched on the 7-6-07 and 7-8-07 by c/o Poole and on 7-11-07 by

If you need more space, attach one additional sheet. c/o Nelson

B. Action Requested: Kindly acknowledge that no cell search receipt nor anything taken during the cell search. So how did the forms and court orders get removed from the cell without the knowledge of the Prison Guard as Maidtris having taken them Title 15 cpc section 3287.4(a) written Notice

Inmate/Parolee Signature: H.L. Brown          Date Submitted: 7-18-07

C. INFORMAL LEVEL (Date Received: 7-18-07 )

Staff Response: Denied. Your cell was searched on 7-6-07, 7-9-07 and 7-11-07. Myself and C/o Nelson both stated to you that nothing was taken out of your cell. The Title 15 States, "The inmate will be given a written notice for any item(s) of personal and authorized state-issued property REMOVED ect.

Staff Signature: C/? Poole          Date Returned to Inmate: 7-27-07

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Request a copy of the legal mail from the mailroom received from Richmond Virgi. case 06cV529 District court order to cease payments for court fees and a refund to pr a Conflict of Interest from the Northern District of California's demand for court fee. I must attach both orders that were taken from cell 123A7 to form a case in the United States Tax Court filing 15701-07 filed 7-16-07

Signature: H.L. Brown          Date Submitted: 7-29-07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

JUL 30 2007   AUG 1 0 2007
30   15' AWGP

Wilton Lawrence-Brown
10-24-07

First Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other
8-17-07

E. REVIEWER'S ACTION (Complete within 15 working days): Date Assigned: _____ Due Date: 10-01-07

Interviewed by: Sgt. J. Preston 9/11/07

Noted & IVM

Staff Signature _____ Title: Sgt. Date Completed: 9/11/07

Division Head Approved: _____

Signature: _____ Title: _____ Returned Date to Inmate: 10-22-07

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response. Continuing Criminal Enterprise Racketeer Influenced and Corrupt Organization that a copy was filed in case S156083 on 9-7-07 by the Supreme Court of California to produce the Transcript before the United States Tax Court in case 15701-07. This was not done due to fraud Federal Rule of Civil Procedure rule 60 (6)

Signature: H.R. Brown Date Submitted: 10-24-07

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

8-L

1
2
3
4
5    United States District Court
6    Northern District of California
7    450 Golden Gate Avenue
8    San Francisco, California 94102
9
10   Hilton Lawrence Brown
11   No# B51265 (s)                          Objection to file Suite
12   5905 Lake Earl Drive                    A 07- 01806 PBSP
13   Post office Box 7000
     Crescent City California 95532
14      Appellant and Plaintiff
15               versus
     President: George W. Bush, Jr,
16   650 Pennsylvania Avenue
17   Washington, D.C. 20050
18                    additional
19   Governor: Arnold Schwarzenegger
        1 first floor, capitol Mall
20   Sacramento, California 95814
21                    additional
     Medical Board of California
22      central complaint unit
23      1426 Howe Avenue
     Sacramento, California 95814
24                    additional
25   Pelican Bay State Institution
        Warden: Robert A. Horel
26   5905 Lake Earl Drive
27   Post office Box 7500
28   Crescent City California 95531
        Real Parties of Interest

Points and Authority
Table of content

Page

1
2
3 Objection to file suite . . . . . . . . . . . . . . . . . 1
4 Federal Rule of Civil Procedure rule 60 (b) fraud . . . . . . 1
5 Federal Rule of Criminal Procedure rule. 51 (a) (d) (d) . . . . 3
6 Federal Tax rule 9042 and 9125 . . . . . . . . . . . . 1
7 In Bank Criminal case #76-19191 California Supreme court. . . 4
8 Lanterman - Petris - Short Act . . . . . . . . . . . . . 2
9 Reversal . . . . . . . . . . . . . . . . . . . . . . . 1
10 Title 15 section 3367 and 3368 CDC . . . . . . . . . . 1
11 AT 02 31 35-7 Atascadero Patient . . . . . . . . . . . . 1
12 Case # 07-9687
13 Debt # C1998040003245101 American Bar Association . . . . . 1
14 U.S. 056 723 112 Department of the Army . . . . . . 3
15 18 U.S.C. Section 3041 . . . . . . . . . . . . . . . . 3
16 18 U.S.C. Section 3060 (a) 1988 . . . . . . . . . . . . 3
17 22 Am J2d false Imprisonment section 1 and 2 . . . . . 1
18 28 U.S.C. Section 1915 (d) . . . . . . . . . . . . . . 2
19 30 A Am J Revied Judges sectum 89 . . . . . . . . . 3
20 34 Am J2d . . . . . . . . . . . . . . . . . . . . . 1
21 176 30 9592 Social Security Number . . . . . . . . . . 1
22 479 U.S. 825 (1986) U.S. vs Gambino . . . . . . . . . 1
23 547 80 1876 Social Security Number . . . . . . . . . 1
24 788 F2d 938 (3rd Cir) Certiorari denied . . . . . . . . 1
25
26
27
28

EXHIBIT A Table of Content

1 Extension of time . . . . . . . . . . . . . . . . 2
2 Federal Rule of Appellate Procedure rule 46 . . . . . . 3
3 Federal Rule of Civil Procedure rule 33 . . . . . . . 3
4 Notice Returning Certiorari . . . . . . . . . . . 1
5 28 U.S.C. Section 1482(b) . . . . . . . . . . . . 3
6 Proof of Service by Mail . . . . . . . . . . . . 4
7                    Exhibit B
8 Admission to the Bar . . . . . . . . . . . . . . 1
9 Hilton Lawrence Browse vs Commissioner of Internal Revenue . . 1
10 Federal Rule of Appellate Procedure rule 46 . . . . . . 2
11 Supreme Court of the United States rule 12.3 and 15.3 . . . 1
                                                        2
12 7 Am J2d Attorney section 8 . . . . . . . . . . . 2
                    Exhibit C
13
14 Interlocutory Appeal . . . . . . . . . . . . . . 1
15 California Penal Code section 1054.1 thru 7 . . . . . . 2
16 California Welfare and Institution Code Section 5328.1 thru 7 . 2
17 Case USCA 9th Circuit #04-80004 . . . . . . . . . . 2
18 28 U.S.C. Section 1915 (d) . . . . . . . . . . . . 2
19 36 Am J1st Mayhem section 7 . . . . . . . . . . . 2
20                    Exhibit D
21 Citizen Complaint . . . . . . . . . . . . . . . 1
22 Assault and Battery . . . . . . . . . . . . . . 1
23 California Penal Code section 339l(b) and 8325 . . . . . 2
                                                        2
24 Case #07-9687 Supreme Court of the United States . . . 2
25                    Exhibit E
26 Order to Show Cause . . . . . . . . . . . . . . 1
27 Racketeer Influenced and Corrupt Organization Act . . . 2
28

Exhibit G

Page

1 Interrogatory Question. . . . . . . . . . . . . . . 1
2 2 Am J2d Discovery Administrative section 140. . . . . . . . 1
3 6 Am J2d Attach Section 346 Garnishee of pay. . . . . . . 1
4 23 Am J2d Disposition section 1. . . . . . . . . . . . 1
5 CDC Disapproved Medical Chrono and Denied Law Library . . . 1
6                    Exhibit G
7    Small chamas suite form(s)
8    Title 42 U.S.C section 1983 form
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Reversal by Order of this Court is Necessary. To serve the Notice
2  of Deficiency assessment for income, revealed by the Jury trial.
3  finding Atascadero state Hospital Guilty on all charges. In violation
4  of the California Department of Corrections code title. 15 sections 3367
5  and 3368. Psychosurgery and Aversive Therapy in which their license
6  was suspended for the illegal Electro Convulsive Therapy and the
7  Brain surgery with Assault and Battery. Wherein the jury trial
8  found the Hospital Guilty as charged. 34 Am J2d federal Tax rule
9  9042 and 9125 the Administrative Law Judge for the Social Security
10  Disability in Virginia ruled. That the state Hospital in Atascadero
11  California Could receive payment from the social Security Account
12  of AT 02 3135-7 paid from social security Number #547 80 1876
13  and then closed the account after all the funds were gone. Debt
14  Number #G19480400 3245101 for Social Security Account #176 30 9592
15  the United states Department of Education are all the same person
16  for the College fees and cost for Inheritance Tax with held. They
17  are to include service Number #U.S. 056 723 112 before the
18  Department of the Army

19  The decision of the Court was in error and reversible error is
20  necessary for the Interest of Justice. The false arrest and the
21  unlawful detention 22 Am J2d false Imprisonment section 1
22  and 2, certiorari denied 479 U.S. 825 (1986) U.S. vs Gambino
23  788 f2d 938 (3rd Cir) Medical mal Practice and the use of
24  fraud federal Rule of Civil Procedure rule 60 (b) before the
25  Local Judiciary Hilton Lawrence Brown vs Arnold Schwarzenegger
26  Governor of the state of California case #08-2157 Del Norte,
27  California and Hilton Lawrence Brown vs Robert A. Horel: Warden
28  Pelican Bay state Institution case #08-5082 Del Norte California

1

1  On the 16th Wednesday of January 2008, while at work in the
2  main Kitchen. Brown, Hilton Lawrence was thrown to the Ground.
3  and received a Dislocated broke small finger on his Left hand.
4  Pursuant to Great bodily harm and the threat with the Assault
5  and Battery by another inmate. Initial request was to process
6  title 28 U.S.C. section 1415 (d). In court as the procedure to ensure
7  a hearing on the merits of this case In forma Buperis Affidavit
8  by order of the court.

9  The accused did not have the Administrative Hearing as setforth
10  in the Lanterman-Petris-Short Act prior to the use of Electro
11  Convulsive Therapy treatment. At that time when Social Security
12  taxible income was used by Atascadero State Hospital and
13  concealed by the Administrative Law Judge as a fraud. Brown,
14  Hilton Lawrence was taken to trial and Given Valium a drug
15  to counter act initial effect from Illegal Electro Convulsive
16  Therapy treatments. The response from the Internal Revenue
17  Service on a 1040 tax form which list income a taxible
18  Liability for any hospital cost and payments for a tax return.
19  Did not receive a hearing and summon on the merits. Income
20  paid out for the hospital cost. This was not Grounds to file
21  for over payment and a Notice of Deficiency Served. Because
22  of the criminal charges not being process by the Social
23  security Administration as a crime.

24  The District Attorney Los Angeles County would not produce
25  the work history of the two Juveniles. That were shot to death.
26  Then with held the corners Inquest from showing the use of
27  drugs at the time of death. One victim was 15 fifteen years
28  old the other victim was 16 sixteen years old.

1  The victims were taken to a funeral home then to the corner.
2  Both were working as security Guards with a gun and hoster.
3  at the time of death. Did Internal Revenue Service use good
4  Legal Judgment by not filing a violation from the Income Tax.
5  Return received from work done in violation. By the Moral standard
6  setforth for a Minor Juveniles person working under the age
7  of 18 Eighteen years old.

8       Disqualification of a Judge because of the conflict of Interest
9  subject to the relationship to subpoena the record, 30 A Am J
10  Revied Judges section 89. federal Rule of Criminal Procedure rule
11  5/1 (a)(b)(c), title 18 U.S.C. Section 3060 (a) 1988 to determine
12  probable cause to bind the accused for trial at Preliminary
13  Hearing, When the state Court does not use a federal magistrate
14  Judge to summon the Medical transcript F.R.C.P. rule 5 (a) Local
15  Judicial officer as the Social Security Administrative Law
16  Judges are used pursuant to Title 18 U.S.C. section
17  3041

18      Incident Report on the 23rd Wednesday of february 2000, during
19  a riot. Brown, Hilton Lawrence was stabbed and cut, He received
20  stitches under the left rib cage and under the left Jaw. At
21  the Pelican Bay State Infirmary is not License to practice as a
22  hospital and the Patient had a right to receive stitches. At the
23  hospital in Eureka or Crescent City California. Due to the
24  emergency care doctors and Nurses from out of the State,
25  Inn Oregon were called in to treat the victims. There were
26  over a Hundred inmates stabbed and cut and one was shot
27  to death. While two more were brought back to Life after
28  being shot to death by a hospital outside of Pelican Bay.

3

1 In 1971 Gladys Towel Ruth allowed Atascadero State Hospital
2 to use Electro Convulsive Therapy on her clients. Inmate how were
3 waiting to stand trial. In 1973 Brown, Hilton Lawrence fired the
4 Attorney at Law Gladys Towel Ruth before the start of trial. In
5 the Superior Court of Judge: Jack E. Goertzen. He refused to remove
6 G.T. Ruth from the case # A274815. The State Bar Association of
7 California sent Carol Donavon in to court for the purpose to remove
8 Counsel G.T. Ruth from the case # A274815.
9 But before G.T. Ruth left court, she found the Informants attorney
10 Attorney at Law Herbert Morton was to be the replacement for
11 G.T. Ruth. Conflict of Interest was in 1968 Calvin Chambers the
12 informant was in the fort Ord stockade company at fort ord
13 California. Attorney at Law hired to represent him the informant
14 was Herbert Morton, Judge: Jack E. Goertzen would not
15 subpoena the fort ord stockade company Judge Advocate
16 for the transcripts.
17 Brown, Hilton Lawrence lose his right to self Pro Per status
18 representation and the Judge denied a request for access to
19 the Law library. In Los Angeles County Jail you must have a
20 court Order for Pro Per status, I wrote to the Chief Justice
21 of California and petition for a writ of Habeas Corpus. It was
22 Granted in Criminal case In Bank Number # 76-19191. But the
23 Court appointed Counsel refused to file a Brief and then
24 sent me a waiver form to fill out. No brief at all Wende
25 Hearing and the Grant for Habeas Corpus was then Dismiss
26 in 1978
27
28

4

1. Brown, Hilton Lawrence is not on a Hunger strike. But can not
2. Get fed. The Prison Guards refuse to wear a) ball cap and Latex
3. Gloves. Even after being given a direct order through the 602 appeal
4. for Grievance, that was Granted PBSP appeal log #04-1840 B facility.
5. Initial regard was the Prison Guard not wearing a ball cap while
6. serving food. Would wipe the sweat off his face or forehead on to
7. the back of his hand or Latex Glove. A sweat band is in the
8. ball cap. I refuse to accept a food tray if the Prison Guard is
9. Not wearing a ball cap and have not been fed. On the following
10. days by the Named Prison Guards. Today c/o Hayes, J was chewing
11. tobacco snuff and sweat on his face and forehead. I refused to
12. accept the food tray at 6:15pm at the cell door. But was written
13. a Medical chrono for a Vegetarian Diet on 3-13-08 by Martinelli, M.D
14. No breakfast tray on      6-16-08      c/o Nelson
15. No dinner food tray      6-18-08      c/o Hayes, J
16. No breakfast tray on      6-19-08      c/o Lueckfeld
17. No dinner food tray      6-20-08      c/o Cardoza
    No breakfast tray on      6-22-08      c/o Camarena
18. No dinner food tray      6-22-08      c/o Chrisman
19. No breakfast tray on      6-23-08      c/o Olson and c/o Paterson
20. No dinner food tray      6-23-08      c/o Lyon
21. No dinner food tray      6-24-08      c/o Hayes, J.
    No dinner food tray      6-25-08      c/o Decker
22. No breakfast tray      6-26-08      c/o Sahan
23. No Vegetarian tray on 6-27-08   breakfast c/o Hensley and c/o A. Paul
24. No dinner food tray      6-27-08      c/o Morrison
    No dinner food tray      6-28-08      unit members McCovey, Morrison, Hayes J, and Silva.
25. No breakfast tray on      6-29-08      c/o Peterson
26. No dinner food tray      6-29-08      c/o Hayes, J
27.
28.

5

1  Brown, Hilton Lawrence do solemnly affirm that as an attorney
2  (law student) and as a counselor of this court. I will conduct
3  myself uprightly and according to Law and that I will support
4  the constitution of the United States
5
6
7  Relief Sought title. 28 u.s.c. Section 1482 (b) Injunction for
8  Habeas Corpus and small claims suite. To allow the Sergeant c/o
9  Wenning to service the 602 appeal for Grievance and to have
10  c/o Chrisman to answer the informal level of another 602 appeal.
11
12
13
14
15
16
17
18  Brown, Hilton Lawrence                Hilton Lawrence Brown
19    No# B51265 (s)                      355 Business Law
      5905 Lake Earl Drive
20    Post office Box 7000
21    Crescent City Calrfornia 95532
22
23  Executed this: 1st Tuesday of July 2008
24
25
26
27
28

6

## PELICAN BAY STATE PRISON

## ATTN: MRS. RUSK, LTA – FACILITY A LAW LIBRARY

## IN FORMA PAUPERIS (IFP) ACCESS REQUEST

NAME: _Brown_ CDC#: _B51265_ BLDG/CELL#: _A3-108_

WORK/TRAINING ASSIGNMENT: _____ HOURS: _____ RDO'S: _____

Access is for IFP mailing purposes only. You must check each of the following items indicating your readiness to mail. If you are not ready to mail when you are ducated to the Law Library, you will be returned to you housing unit. Facility A Administrative Segregation Unit (AdSeg) housed inmates will be visited at cell front by the Facility A Law Library Correctional Officer.

_____ I am ready to mail my IFP.

_____ My envelopes are addressed.

_____ A Trust Withdrawal for postage is completed (or indigent envelope).

_____ Photocopying of all documents is completed prior to access.

Law Library users must adhere to the following access conditions:

♦ Prison dress code applies.
♦ Food, Canteen, and other non-legal items are prohibited.
♦ Any misconduct, including abuse of books or equipment may result in disciplinary action and suspension of Law Library access for up to 90 days.

Your signature represents that you have read and understood the above-stated information. Unsigned requests will be returned.

SIGNATURE: _Hilton Lawrence Brown_ DATE: _1st Tuesday of July 08_

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

Mailing accomplished by: _RL Jackson_ Date: _07-01-08_

Court/Entity: _____

Original: Inmate Library File
CC: Inmate

1
2
3        Grand Jury: foreman
4        United States District Court
5        Northern District of California
6        450 Golden Gate Avenue
7        San Francisco, California 94102
8
9
10   Hilton Lawrence Brown                    Certificate of Probable Cause
11     No# B51265 (s)                         Title 42 USC Section 1983
        5905 Lake Earl Drive
12   Crescent City California 95532
13     Appellant and Plaintiff
14              versus
15   Medical Board of California
16     Central Complaint Unit
     1426 Howe Avenue
17   Sacramento California 95814
18              additional
19   Governor: Arnold Schwarzenegger
         Real Parties of Interest
20

21   Cohen vs Beneficial Industrial loan Corporation, Known as the
22   Collateral order doctrine a) conclusively determines the disputed
23   issue b) is completely separate from the issue of the defendant
24   Guilt c) effectively unreviewable on appeal from a final court
25   Judgment, Timely manner pursuant to federal Rule of Appellate
26   Procedure rule 4 (b). Hereby allow the Plaintiff to serve initial
27   Subpoena and Summon therein Department of Corrections for Directors
28   Level of Appeal and Medical Transcript. Kindly send the summons forms
     Brown, Hilton Lawrence                   Hilton Lawrence Brown
        No# B51265 (s)                        356 Business Law
        5905 Lake Earl Drive
     Crescent City California 95532    1st Tuesday of July 2008

1
2
3          Grand Jury, fore man
4          United States District Court
5          Northern District of California
6              450 Golden Gate Avenue
7          San Francisco, California 94102
8
9
10  Hilton Lawrence Brown              Certificate of Probable Cause
      No# B51265 (S)                    Title 42 usc section 1983
11   5905 Lake Earl Drive
12  Crescent City California 95532
13     Appellant and Plaintiff
14              versus
15  Medical Board of California
16  Central Complaint Unit
17   1426 Howe Avenue
      Sacramento California 95814
18                  additional
      Governor's Arnold Schwarzenegger
19       Real Parties of Interest
20

21   Cohen us Beneficial Industrial loan corporation, known as the
22  collateral order doctrine a) conclusively determines the disputed
23  issue  b) is completely separate from the issue of the defendant
24  Guilt  c) effectively unreviewable one appeal from a final court
25  Judgment. Timely manner pursuant to federal Rule of Appellate
26  Procedure rule (4 b). Hereby allow the Plaintiff to serve initial
27  Sub poena and summon there in Department of Corrections for Directors
28  Level of Appeal and Medical Transcript. Kindly send the Summons forms.
      Brown, Hilton Lawrence              Hilton Lawrence Brown
         No# B51265 (S)                    355 Business Law
      5905 Lake Earl Drive
      Crescent City California 95532
                        Executed This 1st Tuesday of July 2008

LEGAL MAIL

NAME: Hilton Lawrence Brown

CDC NO: B51265 (S) HOUSING: A3-108

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

RECEIVED

JUL -8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

07-01-08

Hilton Lawrence Brown
NO# 135 1265 (s)
5905 Lake Earl Drive
Post Office Box 7000
Crescent City California 95532

A3-104
Confidential
Legal Mail

RECEIVED
08 JUL -7 PM 2:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City, CA 95532

94102333661 0004





UNITED STATES POSTAGE
$ 00.420
00042 7666    JUL 02 2008
MAILED FROM ZIPCODE 95531

INDIGENT ENVELOPE PBSP

PELICAN BAY
G.P. 1 UNIT A-3

 7/1/08