

FILED
JUL 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Motion for Discovery
CV 08 3324 TEH

PELICAN BAY
G.P. UNIT A-3

Hilton Lawrence Brown
No# B51265 (S)
5905 Lake Earl Drive
Crescent City California 95532
Appellant and Plaintiff
versus
Governor: Arnold Schwarzenegger
1 first Street, Capitol Mall
Sacramento California 95814
additional
Pelican Bay State Institution
Warden: Robert A. Horel
5905 Lake Earl Drive
Crescent City California 95531
additional
Medical Board of California
Central Complaint Unit
2005 Evergreen Street, Suite 1200
Sacramento, California 95815
additional
State Board of Control
Tort Claim Coordinator
Post Office Box 3035
Sacramento, California 95812
Real Parties of Interest

Preliminary Examination federal Rule of Criminal Procedure rule 5 (c): Not later than 10 ten days following the initial appearance F.R.C.P. rule 5 (a) according to title 18 U.S.C. section 3060 (7) 1988 to determine Probable cause to bind the accused defendant for trial on a showing of Good cause F.R.C.P. rule 5.1 Hearing. When the Magistrate Judge is unavailable F.R.C.P. rule 5 (a). A Conflict of Interest rule by the Objection at trial reflects counsels actual relationship to a party of Interest, 30 A Am J Revied Judges section 89. Disqualification when the attorney made it possible for usage of false arrest and unlawful detention 22 Am J2d false Imprisonment section 1 and 2, Certiorari denied 479 U.S. 825 (1986) U.S. vs Gambino 788 F2d 938 (3rd Cir)

California Welfare and Institution Code section 5328.1 thru 7. The Authorization for Release of Patient Information, California Penal Code Section 1054.1 thru 7 Good faith Agreement for Discovery. Title 10 U.S.C. Section 1552 a Request for the Transcript before The Department of the Army: which forms the Objection made prior to the start of trial. Service of Subpoena, California Code of Regulations section 100, Title 1 related appeals Government Code section 11346.2 (d) Register 93 section 36, California remittitur for repair of Dislocated broke finger and Electro Convulsive Therapy Given Inviolation. Oil Base Company vs Transport Indemnity Company (1956) 299 P2d 952, 143 CA2d 453 Corrected 306 P2d 924, 148 CA2d 490 defendant convicted and held liable for damage of a demurrer right to file suite People vs Mosley (1956) 299 F2d 745, 142 ACA 931

PELICAN BAY
G.P. UNIT A-3

Brown, Hilton Lawrence do solemnly affirm the motion for Discovery is true and correct. To the best of my own Knowledge under a penalty of perjury.

Hilton Lawrence Brown
Brown, Hilton Lawrence
355 Business Law

Brown, Hilton Lawrence
No# B51265 (s)
5905 Lake Earl Drive
Post office Box 7000
Crescent City California 95532

PELICAN BAY
G.P. UNIT A-3

Executed This 24Th Thursday of July 2008

MEDICAL BOARD OF CALIFORNIA
Central Complaint Unit
1426 Howe Avenue
Sacramento, California 95825  **G.P. UNIT A-3**
1-800-633-2322
(916) 263-2424 – Fax (916) 263-2435

## CONSUMER COMPLAINT FORM

### Instructions for Filing Your Complaint

✓ Fill in the full name and address, telephone number, license number (if known) of the person about whom your complaint is against. Also write this information in the first section of the Authorization for Release of Medical Records on the reverse side of the Complaint Detail Form.

✓ If the patient has seen another doctor for the **same** problem, include the name, address and date(s) of treatment on the release section of the complaint form.

✓ Write your complaint and include as many specific details as possible (who, what, when, where, why). Include the date(s) of treatment and specific examples of the problems with the care and treatment and use extra sheets of paper, if needed. Send us copies of any documents in support of your complaint which may include patient records, photographs, audiotapes, correspondence, billing statements, proof of payments, etc.

✓ Sign and date the complaint form at the bottom of the page and on the Authorization Release Form.



### Authorization for Release of Medical Information

The Authorization for Release of Medical Information found on the reverse side of the Complaint Details form is a legal authorization for the Medical Board's staff to obtain information about the patient's care from the doctors and/or medical facilities involved in the medical care. **ANY EXTRA COMMENTS, NOTATIONS, ETC. MAKE THE FORM VOID AND WE WILL HAVE TO ASK YOU TO COMPLETE ANOTHER RELEASE FORM.** If you wish to provide us with additional information, please do so using a separate sheet of paper. If there are more than four physicians or medical facilities, you may copy the blank form in order to have enough spaces. When this form is completed and signed, it allows the Medical Board to order records from **ONLY** the doctors or facilities you have listed on the medical record release form.

**Print** or **type** the patient's name, date of birth, date of death, and medical record number if applicable. If we need to contact you to clarify your information, it will delay the review process. FILL IN THE FULL NAME AND ADDRESS OF THE PERSON YOU ARE COMPLAINING ABOUT IN THE FIRST SECTION. Fill in the names and addresses of all other health care providers where the patient was seen for the medical problems **in this specific complaint** (doctors and/or clinics or hospitals, etc.) using the other sections on the medical release.

**NOTE:** The release form must be signed and dated **by either the patient or the individual legally authorized to make medical decisions for the patient.** If the patient is unable to sign the release, the form may be signed by: 1) the next of kin, if the patient is deceased (provide a copy of the Death Certificate); 2) the parent of a minor child; or 3) the person named by the patient in a signed Power of Attorney granting the person authority to make **medical decisions** for the patient (provide a copy of this document).

# MEDICAL BOARD OF CALIFORNIA
## CONSUMER COMPLAINT FORM

**PERSON REGISTERING THE COMPLAINT**                    Please Print or Type

☐ Mr. ☐ Ms.
**Name:** Dorothy | Hilton | Lawrence
        (Last Name)     (First Name)      (M.I.)

**Mailing Address:** 5905 LaKe Earl Drive

Crescent | California | 95532
(City)                  (State)           (Zip)

**Phone Number:**
☐ Mr. ☐ Ms.
**Patient Name:** Dorothy | Hilton | Lawrence
                (Last Name)     (First Name)      (M.I.)
(Daytime Number)    (Evening Number)    (Cell phone/E-mail address)

**Patient Date of Birth:** 12-23-47    **Your Relationship to Patient:** Pro Se Status

---

# NATURE OF COMPLAINT

**Please check the box which best describes the nature of your complaint and provide details on the next page**

☐ **Substandard Care** (e.g., Misdiagnosis, Negligent Treatment, Delay in Treatment, etc.)

☐ **Prescribing Issues** (e.g., excessive/under prescribing, Internet)          ☐ **Unlicensed Provider or Aiding/Abetting unlicensed practice**

☐ **Sexual Misconduct**          ☐ **Physician/Provider Impairment** (e.g., Drug, Alcohol, Mental, Physical)

☑ **Unprofessional Conduct** (e.g., Breach of Confidence, Record Alteration, Fraud, Misleading Advertising, Arrest or conviction)

☐ **Office Practice** (e.g., Failure to Provide Medical Records to Patient, Failure to Sign Death Certificate, Patient Abandonment)

☐ **Other**

**Notice:** The information included on the complaint form is requested per Section 2220 of the Business and Professions Code. Except for the name of the physician, all information requested is voluntary, but failure to provide the requested information may delay or prevent the investigation of your complaint. Provide as much information as possible in connection with the complaint. The information on the complaint form will be used in part to determine whether a violation of State Law has occurred. If a violation is substantiated, the information may be transmitted to other government agencies, including the Attorney General's Office.

51

I wish to complain about the individual named below. I understand that the Medical Board does not assist citizens seeking return of their money or other personal remedies. I am, however, submitting this information so that it may be determined whether disciplinary action against this practitioner's license should be considered.

Check one:

- [x] Physician (M.D.)
- [ ] Podiatrist (DPM)
- [ ] Physician Assistant (PA)
- [ ] Registered Dispensing Optician (RDO)
- [ ] Midwife
- [ ] Unlicensed Provider

***COMPLAINT REGISTERED AGAINST*** **Please Print or Type**

**Name:** Psychiatric Service Unit
(Last Name) (First Name) (M.I.)

**Office/Facility Name:** Atascadero Hospital **License No.** (If known):

**Street Address:** Atascadero P.O.B. 7001 California 93423
(Address) (City) (State) (Zip Code)

**Phone Number:** ( )

**Has the patient been examined/treated by another professional for this same condition?**

☐ No ☑ Yes **If yes, provide name and address on the Authorization for Release of Medical Information**

**Reason for Treatment:** Department of the Army at fort ord California

**Date(s) of Treatment:** 1968 thru 1969 from 3-26-68 until 2-10-69

## DETAILS OF COMPLAINT

**(Attach additional sheets if necessary)**

In 1971 Brown, Hilton Lawrence was a Patient at Atascadero state Hospital. He received 7 seven Electro Convulsive Therapy treatments from 9-6-71 until 9-17-71. The Superior Court of San Luis Obispo County, Grand Jury found all their Brain Surgery and Electro Convulsive Therapy Illegal. A jury Trial found the Hospital Guilty of Assault on Patients and suspended their License to Practice. The Judge Ordered all Patients to return to there local County of arrest to stand trial under California Penal Code 1370. An arrest and Conviction would follow. Because the treatment was design to cause a lose of Memory and health problems a) Hernia b) Emphysema c) unability to get along with inmates socialize poorly with others d) Single cell status

State of California Department of Consumer Affairs **PELICAN BAY G.P. UNIT A-3**

# MEDICAL BOARD OF CALIFORNIA

## AUTHORIZATION FOR RELEASE OF PATIENT HEALTH INFORMATION

Patient Name: Brown Hilton Lawrence    Date of Birth: December 23rd 1947

Medical Record No. AT 02 31 35-7 (If applicable)    Date of Death: ______ (If applicable)

Control No. ______    Social Security No.: 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 (Optional)

**I, the undersigned hereby authorize:** ***(Please list one Physician or Facility in a separate box)***

Physician: Sayre, M C
Address: 5905 Lake Earl Drive, P.O.B. 7500 Crescent City CA 95531
Phone Number(s): ______    Treatment Date(s): 2-1-07

Physician/Facility: Pelican Bay State Infirmary
Address: 5905 Lake Earl Drive, P.O.B. 7500 Crescent City CA 95531
Phone Number(s): ______    Treatment Date(s): 2-1-07

Physician/Facility: Psychiatric Service Unit
Address: Post Office Box 7001, Atascadero California 93423
Phone Number(s): ______    Treatment Date(s): ______

Physician/Facility: Atascadero State Hospital
Address: Post Office Box 7001, Atascadero California 93423
Phone Number(s): ______    Treatment Date(s): 9-6-71 until 9-17-71

to provide records in the course of my diagnosis and treatment, including medical, psychiatric, alcohol and drug abuse patient records (original and/or electronic/computer generated) to the **MEDICAL BOARD OF CALIFORNIA, ENFORCEMENT PROGRAM,** a healthcare oversight agency. This disclosure of records authorized herein is required for official use, including investigation and possible administrative proceedings regarding any violations of the laws of the State of California. This authorization shall remain valid until the Medical Board of California of the State of California completes its investigation and proceedings arising out of the investigation.

A copy of this authorization shall be as valid as the original. I understand that I have a right to receive a copy of this authorization if requested by me. I understand that I have the right to revoke this authorization by sending written notification to the Medical Board of California, 1426 Howe Avenue, Ste. 93, Sacramento, CA, 95825. My written revocation will be effective upon receipt by the Medical Board of California but will not be effective to the extent that such persons have acted in reliance upon this Authorization. I understand that the recipient of my information is not a health plan or health care provider and the released information may no longer be protected by federal privacy regulations.

A copy of this authorization shall be as valid as the original. I understand that I have a right to receive a copy of this authorization if requested by me.

Signature: Hilton Lawrence Brown 355 Business Law (Patient)    24th Thursday of July 2008 (Date)

or

Brown, Hilton Lawrence (Legal Representative)    Pro Se (Relationship)    7-24-08 (Date)

NOTE TO THE PROVIDER: Failure by a physician, podiatrist or health care provider to provide the requested records within 15 days, or health care facility in 30 days, of receipt of this request and authorization may constitute a violation of Section 2225.5 of the Medical Practice Act and may result in further action of the Board. This release is compliant with the requirements of HIPAA and Civil Code Section 56.11.

STATE OF CALIFORNIA
DISABILITY PLACEMENT PROGRAM VE...IFICATION (DPPV)
CDC 1845 (Rev. 01/04)

PELICAN BAY
G.P. UNIT A-3

DEPARTMENT OF CORRECTIONS
*CHECK ALL APPLICABLE BOXES*

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| BROWN, Hilton L. | B51265 | PBSP | | 1 Feb 07 |

*Sections A - B to be completed by licensed medical staff.*

**SECTION A: REASON FOR INITIATION OF FORM**

- [X] Inmate self-identifies to staff
- [ ] Third party evaluation request
- [ ] Observation by staff
- [ ] Medical documentation or Central File information

**SECTION B: DISABILITY BEING EVALUATED**

- [ ] Blind/Vision Impaired
- [ ] Speech Impaired
- [ ] Deaf/Hearing Impaired
- [ ] Mobility Impaired

*Sections C - G to be completed by a physician only.*

**SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT**

1. [ ] FULL TIME WHEELCHAIR USER - **DPW**
Requires wheelchair accessible housing and path of travel.

2. [ ] INTERMITTENT WHEELCHAIR USER - **DPO**
Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.

3. [X] MOBILITY IMPAIRMENT - With or Without Assistive Device (Wheelchairs shall not be prescribed) - **DPM**
Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause).
Requires lower bunk, no triple bunk, and no stairs in path of travel.

4. [ ] DEAF/HEARING IMPAIRMENT - **DPH**
Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.

5. [ ] BLIND/VISION IMPAIRMENT - **DPV**
Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).

6. [ ] SPEECH IMPAIRMENT - **DPS**
Does not communicate effectively speaking or in writing.

**SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT**

1. NO CORRESPONDING CATEGORY

2. NO CORRESPONDING CATEGORY

3. [ ] MOBILITY IMPAIRMENT (Lower Extremities) - **DNM**
Walks 100 yards without pause with or without assistive devices.
[ ] No Housing Restrictions [ ] See HOUSING RESTRICTIONS in Section E
[ ] Requires relatively level terrain and no obstructions in path of travel.
**Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C:______________)

4. [ ] HEARING IMPAIRMENT - **DNH**
With residual hearing at a functional level with hearing aid(s).

5. NO CORRESPONDING CATEGORY

6. [ ] SPEECH IMPAIRMENT - **DNS**
Does not communicate effectively speaking, but does when writing.

**SECTION E: ADDITIONAL MEDICAL INFORMATION**

**CSR ALERT:**
[ ] Requires relatively level terrain and no obstructions in path of travel
[ ] Complex medical needs affecting placement [ ] CDC 128-C __________

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
[ ] Cane [ ] Crutch [ ] Walker [ ] Leg/Arm prosthesis [ ] Vest
[ ] Other: ____________ [ ] CDC 128-C(s) dated: ________

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
[ ] Feeding or Eating [ ] Bathing [ ] Grooming [ ] W/C transferring
[ ] Toileting [ ] Other: ____________ [ ] CDC 128-C(s) dated: ________

**OTHER DPP DESIGNATIONS:**
[ ] NONE ________ ________; ________ ________
CODE DATED CODE DATED

**HOUSING RESTRICTIONS:** [ ] Lower bunk [ ] No stairs [ ] No triple bunk. CDC 128-C(s) dated: __________

**SECTION F: EXCLUSIONS**

[X] VERFICATION OF CLAIMED DISABILITY NOT CONFIRMED: My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated __________).

[ ] REMOVAL FROM A DPP CODE: Removal from previous DPP code: _______. (Explain in Comments Section and CDC 128-C dated: __________.)

[ ] REMOVAL FROM ENTIRE PROGRAM: Removal from DPP code(s): ____________. (Explain in Comments Section and CDC 128-C dated: _________.)

**SECTION G: EFFECTIVE COMMUNICATION FACTORS**

[ ] Uses Sign Language Interpreter (SLI) [ ] Reads Braille [ ] Communicates with written notes [ ] Requires large print or magnifier
[ ] Reads lips [ ] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

I/m is able to walk, albeit large inguinal herniation is definitely an inconvenience & uncomfortable. Will try a new truss for more effective reduction (refuses surgery)

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| Sheryl Stiffler FNP-C | [signature] | 1 Feb '07 |

| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |
|---|---|---|
| M C [illegible] | M C SAYRE | 2/7/07 |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the canary copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

Facility A
PBSP/Medical 128-C

Name: BROWN, HILTON    CDC #: B51265    Date: 03-26-2008

Distribution:    Health Record    Housing Unit    CCII    File    Inmate

*** When Appropriate, a copy shall be forwarded to Specific Clinic

# PBSP Patient Information System
## PELICAN BAY
## G.P. UNIT A-3
Health Care Services Unit Chrono

Name: BROWN, HILTON    CDC #: B51265    Hsg:A01L 103L    Date: 03-26-2008

| Instruction Type | Start Dt | End Dt | Provider ID | Provider |
|---|---|---|---|---|
| ALLERGY | 07-22-2005 1149 | 07-22-2006 1149 | MPIMSMM | MCLEAN, FNP |
| cotton blanket | | | | |
| LOWER BUNK | 07-22-2005 1150 | 07-22-2006 1150 | MPIMSMM | MCLEAN, FNP |
| due to hernia | | | | |
| MEDICAL NEEDS | 07-22-2005 1151 | 07-22-2006 1151 | MPIMSMM | MCLEAN, FNP |
| sz 46 hernia support belt | | | | |
| MEDICAL NEEDS | 07-22-2005 1151 | 07-22-2006 1151 | MPIMSMM | MCLEAN, FNP |
| waist chains | | | | |
| LOWER TIER | 01-27-2006 1509 | 01-27-2007 1509 | MPIMSJRS | SWINEY, MD |
| Patient requests lower tier because of an inguinal hernia. | | | | |
| INFORMATIONAL | 04-14-2006 1340 | | MPIMSCLMC | MALO-CLINES, FNP |
| pt may have size 38 jock strap | | | | |
| LOWER BUNK | 08-30-2006 0846 | 08-30-2007 0846 | MPIMSCLMC | MALO-CLINES, FNP |
| NON WOOL BLANKET | 12-12-2006 0958 | 12-12-2007 0958 | MPIMSWW | WAHIDULLAH, MD |
| Due to inmate history of wool allergy,inmate chrono for non wool blanket is renewed for a duration of 1 year. | | | | |
| SPLINT | 02-11-2008 1255 | 03-10-2008 1255 | MPIMSCLMC | MALO-CLINES, FNP |
| left 5th finger | | | | |
| CULINARY CLEARED | 03-13-2008 0956 | 03-13-2009 0956 | MPIMSTJM1 | MARTINELLI, MD |
| Inmate is 5'10", wt 136. Has lost 14# due to not eating any meats on diet out of preference and troubles with digestion. Is requesting vegetarian diet. BMI< 20 | | | | |

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

PELICAN BAY
G.P. UNIT A-3

FOR THE PERIOD: JUN. 01, 2008 THRU JUL. 09, 2008

ACCOUNT NUMBER : B51265 BED/CELL NUMBER: AF03L 000000108L
ACCOUNT NAME : BROWN, HILTON ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.02 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.02 |

PELICAN BAY
G.P. UNIT A-3

| STATE OF CALIFORNIA | | | | | |
|---|---|---|---|---|---|
| NO: **B-51265** | NAME: **BROWN, HILTON** | | HSG: | | AFI-103 |
| Custody: MAX | PS 102 | Level: IV | WG/PG: D1/D | EFF: 01/14/08 | Assignment: ASU |
| Rel Date: MEPD 06/25/2078 | | Reclass: 60 DAYS | Action: **RETAIN ASU FOR OWN SAFETY; REFER TO CSR RX TX SATF-IV/LAC-IV;** | | |
| BPH Rev: NA | | | **SINGLE CELL; SMALL CELL MANAGEMENT YARD** | | |

**Comments:** Inmate BROWN appeared before PBSP AD-SEG, ICC on this date for Subsequent Review. ICC notes CDCR 114-D dated 01/24/08, wherein S was place in ASU due to an investigation into S's involvement in a Battery on an Inmate. Investigative Employee was not required. Witnesses were not requested per CCR, Title 15, Sections 3338(h) and (i). Per the Confidential Memorandum dated 04/22/08, S has enemy concerns on A Facility here at PBSP. S received a 1030 in regard to this document. S stated that the enemy concerns involving the MAC Counsel would follow him if he were placed on Facility B. ICC concurs that S has safety concerns on both GP Facilities and that a transfer to an alternate Level-IV Facility was in order. It was discussed if the enemy concerns here at PBSP would follow S to a new Facility as S was not requesting SNY. S stated that the enemy concerns would not be relevant at another facility or follow him. **ICC acts to retain S in ASU for his own safety and refers his case to the CSR recommending transfer to SATF-IV or LAC-IV.**

**Staff Assistance:** S was not provided a Staff Assistant as he speaks and understands English, is literate, and is not a participant in the MHSDS.

**Psychiatric concerns:** PHD, V. Cappello was present during ICC. When S was questioned regarding his current mental health status, he advised Committee he did not have Psych concerns at this time. ICC notes CDCR 128-C, dated 04/10/03, noting S is not a participant in the MHSDS level of care.

**DA action:** No action taken.

**Cell status:** S is single celled due to local enemy concerns.

**Yard status:** Placed on SM yard pending release from ASU.

**Committee action: Retain in ASU for S's own safety. Refer to CSR for transfer consideration, recommending SATF-IV, alternate LAC-IV. Transfer is considered to be not adverse. Upon transfer S custody shall be CLO-BS, and his WG/PG shall be A2/B, effective upon transfer.**

**Inmate comments:** S expressed his understanding of the basis for the ICC action and agreed with the action and stated, "Thank you for giving me a new start."

**Appeal rights:** S was advised of Committee's decision and his right to appeal. S has been advised that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDCR Form 128G Classification chrono or not.

| CHAIRPERSON: T. SMITH/CDW(A) | RECORDER: D. EDWARDS/CCII | |
| COMMITTEE MEMBERS: V. CAPPELLO/PHD | K. MCGUYER/FC | |
| DATE: 06/11/2008 | **INSTITUTIONAL CLASSIFICATION COMMITTEE** | Inst: PBSP |

10

CENTRAL COMPLAINT UNIT

Medical Board of California
Central Complaint Unit
1426 Howe Avenue
Sacramento, California 95814

Case: 6303

Kindly acknowledge a request to receive a Consumer form to file a Complaint against the Doctor. Due to Emphysema Lung disease with No cure. I was seen by a Lung specialty Clinic in Crescent City but have not been able to receive a therapy session to reduce moisture in the air. Doctor notification that a) dry air or climate would improve my condition. Initial following up was for two complaint forms. Because the cause of the Emphysema evidence of value was treatment by the state Hospital in Atascadero California.

Kindly send the complaint forms as Urgent Medical Need!

PELICAN BAY G.P. UNIT A-3

Brown, Hilton Lawrence
NO# 1351265 (S)
5905 Lake Earl Drive
Post Office Box 7000
Crescent City California 95532

Hilton Lawrence Brown
355 Business Law

Executed this: 25th Wednesday of June 2008

federal Rule of Civil Procedure rule 4 (a) (b) (c) request for a transfer to the appropriate trial court for a jury trial. Initial small Claims Appeal and United States Tax court decision for service of Discovery Motion, Jurisdictional statement and Certiorari Preliminary Hearing in court. A decision to subpoena and complete Proof of Service did not receive a schedule date for a hearing from the United states Marshall or the Department of the sheriffs Information is Necessary for the address of the Department of the sheriff and United States Marshall for Service of a copy to each party. Kindly acknowledge the Opening Brief Served. But having been denied Law Library access at Pelican Bay State Institution due to a Disability and Request for Accommodation or release from Administrative Segregation detention without any violation of the Laws nor a CDC 115 rule violation. The custody decision was made after Plaintiff was attacked. The Electro Convulsive Therapy and punitive damage for the Dislocated broke small Finger on the Left hand with initial lose of a Job in the main Kitchen, Along with stabbed wounds from a riot are necessary Medical Records, Administrative Segregation has me in actual custody from the 19th Saturday of January 2008 until the present date of todays writing. A Civil Subpoena Dues Tecum form 982 (a) (15) and In Forma Pauperis Affidavit for the federal courts was completed for a waiver of the process of Service fees on defendants and Real Parties of Interest, 28 usc section 1, Supreme court rule 4.2

PELICAN BAY
G.P. UNIT A-3

Brown, Hilton Lawrence
No# B51265 (S)
5905 Lake Earl Drive
Crescent City California 95532

Hilton Lawrence Brown
355 Business Law

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

Name [Brown]        [Hilton]         [ ]
       (Last)         (First)       (Initial)

Prisoner Number [B51265] (S)

Institutional Address 5905 Lake EAN Drive, Crescent City CA 95532

Post Office Box 7000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hilton Lawrence Brown
(Enter the full name of plaintiff in this action.)

CV 08

Case No. _____
(To be provided by the Clerk of Court)

vs.

State of California
Governor Arnold Schwarzenegger
1 First Street Capitol Mall
Sacramento, California 95814
(Enter the full name of the defendant(s) in this action)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

*[All questions on this complaint form must be answered in order for your action to proceed.]*

I. Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Pelican Bay State Institution

B. Is there a grievance procedure in this institution?
YES (✓)   NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?
YES (✓)   NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. A07-0180b

COMPLAINT                                                    - 1 -

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TEH 3324

(PR)

PELICAN BAY G.P. UNIT A-5

| SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF DEL NORTE | |
|---|---|

PELICAN BAY )
G P UNIT A-3

| Plaintiff: **HILTON L B-51265 BROWN** | Judge: ☒ FOLLETT   ☐ |
|---|---|
| ☐ Present   ☒ Not Present | Clerk: ☐ Enea ☐ Obuchon ☐ Reynolds ☐ Robson ☒ Sala |
| Defendant: **SCHWARZENEGGER, GOVERNOR** | Bailiff: ☒ Dickson ☐ Shine ☐ Esparza ☐ |
| ☐ Present   ☒ Not Present | CSR: ☐ Beard ☐ Cobarruviaz ☐ McClendon ☐ |
| **SMALL CLAIMS COURT MINUTES** | Cert. Interpreter: _____ <br> Non-certified Interpreter: _____ <br> Language: ☐ Spanish ☐ |
| Date: **06/16/2008**   Case Number: **C1-CL-08-0002157** | |

Action dismissed ☐ with   ☐ without prejudice by Judge.

| **Plaintiff** <br> **Witness:** | **Defendant** <br> **Witness** |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| **Plaintiff** <br> **Exhibits** | **Defendant** <br> **Exhibits** |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Unless Judge orders Exhibits kept, Clerk shall return all exhibits to

☐ Plaintiff   ☐ Defendant at the end of today's hearing.

☐ Judgment and Order Announced From the Bench

**JUDGMENT** is for the:

☐ Plaintiff in the amount of $ _____
    [plus interest in the amount of $ _____], plus court
    costs in the amount of $ _____.

☐ Defendant in the amount of $ _____
    [plus interest in the amount of $ _____], plus court
    costs in the amount of $ _____.

**Page 1 of 2**

*15*    ( )    PELICAN BAY

# G.P. UNIT A-3

CI-CL-08-0002157

The main reason for my decision is:

[ ] *Optional:* Judge Orders Installment payments by [ ] Plaintiff [ ] Defendant

This Judgment is to be paid in monthly payments of $_____,

Payments are due on the _____ of each month beginning _____ [date].

If any payment is not paid within ten days of the date it is due, the entire judgment becomes due and payable.

[ ] **Judge Takes Case Under Submission**

I have heard all the evidence. I think the matter requires further consideration so I will take the case under submission and mail you my decision. Until you receive my decision, it is important that you do not contact the court or try to give me any new information because it would be unfair to the other party for me to hear evidence without giving the other party a chance to respond. You will receive my decision by mail in approximately [30 days]. [Clerk is required to insert 30 days unless judge states some other length of time.]

[ ] **Default Judgment:**

I find that the plaintiff has proved [ ] his [ ] her case. I will give to the plaintiff judgment in the amount of:

[ ] $_____ [amount not exceeding that requested in the claim]

[ ] Plus interest [interest rate of _____%] and clerk to provide copy of minute to Court Executive Officer/Clerk of the Court.

[ ] Court costs awarded in the amount of $_____.

[ ] Case is Continued for the following reason:

Clerk is directed to set a future hearing on _____ in Department _____ at _____ am/pm. and Clerk shall mail notice to both parties within 48 hours.

Other:

No appearance by Plaintiff or Defendant. Matter dropped from Calendar. Subject to being reset and new notice going out.

**Copies Mailed to:**

[ ] Plaintiff [ ] Defendant    **Page 2 of 2**

PELICAN BAY
G.P. UNIT A-3

**AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM**
*(Request for Permission to Proceed In Forma Pauperis)*

State of California

**California Victim Compensation and Government Claims Board**
**P.O. Box 3035**
**Sacramento, CA 95812-3035**
**1-800-955-0045 • www.governmentclaims.ca.gov**

For Office Use Only
Claim No.:

*I request a fee waiver so that I do not have to file to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

### Claimant Information

**1.** Last name: Brown   First Name: Laurence   MI: T   Hilton   **2.** Tel: [ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

**3.** Claim Number (if known): 08-3324 and 08-3533

### Employment Information

**4.** My occupation: None
My employer: /

| Employer's Mailing Address | City | State | Zip |
|---|---|---|---|
|  |  |  |  |

My spouse's or partner's employer: Dissolution of Marriage

| Employer's Mailing Address | City | State | Zip |
|---|---|---|---|
|  |  |  |  |

**5.** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step 23

### Financial Information

Inmate Identification Number: R 51265 (5)

**6.** I am receiving financial assistance from one or more of the following programs.   Yes [ ]   No [✓]

If no, proceed to step 7. If yes, check all that apply, then skip to step 24

- [ ] SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
- [ ] CalWORKS: California Work Opportunity and Responsibility to Kids Act
- [ ] Food Stamps
- [ ] County Relief, General Relief (GR), or General Assistance (GA)

**7.** Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| A ✓ | 1 | $969.79 | F | 6 | $2,626.04 |
| B | 2 | $1,301.04 | G | 7 | $2,957.29 |
| C | 3 | $1,632.29 | H | 8 | $3,288.54 |
| D | 4 | $1,963.54 | | There are more than 8 people in my family | |
| E | 5 | $2,294.79 | | Add $331.25 for each additional person. | |

Number: _____   Total income: _____

**8.** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.   Yes [✓]   No [ ]

If you checked a box in step 6 A through 8 then skip to step 24.
If you checked a box in step 7 A through 8, complete steps 18 through 22, then skip to step 24.
If yes, (fill) in step 8, proceed to...

16

PELICAN BAY
G.P. UNIT A-3

*Monthly Income and Expenses*

| | | | | |
|---|---|---|---|---|
| 9 | My gross monthly pay is: $ zero | 10 | My income changes each month: | ☐ Yes ☑ No |
| 11 | Number of persons living in my home: 0.0 | | 12 | Other money I get each month |

| | Name | Age | Relationship | Monthly Income | | Source: | |
|---|---|---|---|---|---|---|---|
| A | Brown, H.L. | 12-23-47 | Self | $ 0 | A | | $ 0 |
| B | | | | $ 0 | B | | $ 0 |
| C | | | | $ 0 | C | | $ 0 |
| D | | | | $ 0 | D | | $ 0 |
| E | | | | $ 0 | E | | $ 0 |
| F | | | | $ 0 | F | | $ 0 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | My total gross monthly household income: | $ zero | 13 | Total other money: | $ zero |
| 16 | My payroll deductions are: | | 14 | My monthly income: | $ zero |

| | | | | | |
|---|---|---|---|---|---|
| A | | $ 0 | E | | $ 0 |
| B | | $ 0 | F | | $ 0 |
| C | | $ 0 | G | | $ 0 |
| D | | $ 0 | H | | $ 0 |
| | | | 17 | My total payroll deduction amount is: | $ zero |

| | | | | | |
|---|---|---|---|---|---|
| 18 | My monthly take home pay is | $ zero | 19 | My net monthly income: | $ 0.0 |

20 I own or have interest in the following property:

| | | | | | | |
|---|---|---|---|---|---|---|
| A | Cash | $ 0.0 | C | Cars, other vehicles, and boats (List make and year) | | |
| B | Checking and savings (List banks): | | | Property | Value | Loan Balance |
| | 1) | $ 0 | | 1) | $ 0 | $ None |
| | 2) | $ 0 | | 2) | $ 0 | $ None |
| | 3) | $ 0 | | 3) | $ 0 | $ None |
| | 4) | $ 0 | D | Real estate (List addresses) | | |
| | | | | 1) | $ | $ zero |
| | | | | 2) | $ | $ 0.0 |

21 My monthly expenses are:

| | | | | | |
|---|---|---|---|---|---|
| A | Rent or house payment | $ 0 | J | Installment payments (specify) | |
| B | Food and household supplies | $ 0 | | 1) | $ 0 |
| C | Utilities and telephone | $ 0 | | 2) | $ 0 |
| D | Clothing | $ 0 | | 3) | $ 0 |
| E | Laundry and cleaning | $ 0 | | Total installment payments: | $ 0 |
| F | Medical and dental | $ 0 | K | Wage assignment or withholdings | $ 0 |
| G | Insurance | $ 0 | L | Spousal or child support | $ 0 |
| H | School, child care | $ 0 | M | Other: | |
| I | Transportation and auto expenses | $ 0 | | 1) | $ 0 |
| | | | | 2) | $ 0 |
| | | | | Total other expenses: | $ 0.0 |

| | | |
|---|---|---|
| 22 | Total monthly expenses: | $ zero |
| 23 | I have attached other information that supports this application on a separate sheet. | ☑ Yes ☐ No |

*Signature Section*

24 *I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.*

Hilton Lawrence Brown
BROWN HILTON LAWRENCE — 24th Thursday of July 2008

*Signature of Claimant* — *Date*

VCGCB-GC-0010 8/04

**PELICAN BAY**
**G.P. UNIT A-3**

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| | 1. | |
| | 2. | 1. |
| | | 2. | /O |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Brown, H.L. | B51265(6) | None | A1-103 |

A. Describe Problem: Brown, H.L. was denied access to the Law Library on the 5-1-08 and 5-29-08 by the unit staff prison guards and Law Library Escort B.K. Isakson Health Care Manager Doctor Dwight W. Winslow wrote a chrono the double cuffs up front in 9.001. In response to a cdc 602 appeal for grievance which was Partially granted by Pelican Bay State Institution and Director level. This was served on Medical for verification of a Medical condition and issued as Partially Granted.

If you need more space, attach one additional sheet.

B. Action Requested: Verification of Document H.L. affirm Brown H.L. must use double cuffs up front at Laist Chains in order to walk from the administrative Segregation to the Law Library due to Medical Condition (Kindle make a copy of the 128-A chrono and attach it to the 602.)

Inmate/Parolee Signature: H. L. Brown   Date Submitted: 7-1-08

C. INFORMAL LEVEL (Date Received: 6/3/08 )

Staff Response: Your chrono for waist chains expired 7/22/06. Your request for waist chains/double cuff chrono was denied on 5/3/08.

Staff Signature: B. Wiltner Rn   Date Returned to Inmate: 6/3/08

D. FORMAL LEVEL

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Indigent inmate who does not possess a Trust/Withdrawal slip to secure Photostat service. Therefore the Program Administrator in a facility Supervisor did not make the necessary copy of ADA Log 01-00945 Net 602 grievance Appeal that was Partially granted in 2001, Kindly allow the Appeals coordinator to make the Photostat.

Copy(ies)   Signature: H.L. Brown   Date Submitted: 7-1-08

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

0735225
B51265



**PELICAN BAY**
## CIVIL GRAND JURY G.P. UNIT A-3
County of Los Angeles

CLARA SHORTRIDGE FOLTZ CRIMINAL JUSTICE CENTER
210 WEST TEMPLE STREET • ELEVENTH FLOOR • ROOM 11-506 • LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 893-1047 • FAX (213) 229-2595
http://www.grandjury.co.la.ca.us/

July 14, 2008

Hilton Lawrence Brown #B51265(S)
5905 Lake Earl Drive
P.O. Box 7000
Crescent City, CA 95532
A3-108

Dear Mr. Brown:

Your letter to the 2008-2009 Los Angeles County Civil Grand Jury, mailed July 03, 2008, has been received. The Grand Jury's review of the issues raised in your letter may or may not result in an investigation, but in any event, this letter will probably be the only written response you will receive.

Please do not contact the Civil Grand Jury by telephone or in writing to inquire about the status of your matter. The Grand Jury is prohibited by law from communicating the results of any investigation to you personally, although a written report of all Grand Jury investigations is available to the general public when published at the end of June.

Please be advised that the Civil Grand Jury has no legal jurisdiction or authority to investigate federal agencies, state agencies, private entities, or the courts. Only local governments within Los Angeles County are subject to review by the Grand Jury.

Sincerely,

Staff to the Los Angeles County Civil Grand Jury

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION        ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



July 2, 2008

BROWN, HILTON, B51265
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

RE: IAB# 0735229        LEGAL

Mr. BROWN:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

The CDC 602, Inmate/Parolee Appeal Form, must be completed through the Second Level of Review on behalf of the Warden or Parole Region Administrator.

N. GRANNIS, Chief
Inmate Appeals Branch

# PROOF OF SERVICE BY MAIL

(C.C.P. Sec. 101a #2015-5, U.S.C. Sec. 1746)

I, Brown Hilton Lawrence, a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over the age of eighteen (18) years and am a party to this action.

My State Prison address is: Pelican Bay State Prison, P.O. Box 7500, Housing Unit A3 Cell Number 108, Crescent City, CA 95532-7500.

On the 24th Thursday of July 2008, I served the following (set forth the exact title of document[s] served):

Objection to file suite, State Board of Control Affidavit case # 08 CV 3324 Jurisdictional Statement, Motion for Discovery case # 08-3323 Medical Board of California suite

On the party(s) herein by placing a true copy(s) thereof, enclosed in a sealed envelope(s), with postage thereon fully paid, in the United States mail, in a receptacle so provided at Pelican Bay State Prison, Crescent City, CA 95532, and addressed as follows:

| | |
|---|---|
| First Appellate District | Department of the Sheriff |
| Court of Appeals | Del Norte County |
| 350 McAllister Street | 650 5th Street |
| San Francisco, CA 94102 | Crescent City CA 95531 |

I declare under penalty of perjury that the foregoing is true and correct:

Hilton Lawrence Brown — Inmate Signature

24th Thursday of July 2008 — Date