```
 1
 2
 3
 4            United States Attorney General
 5              Department of Justice
 6           950 Pennsylvania Avenue, NW         FILED
 7           Washington, D.C. 20530-0001
 8                                                JUL 2 8 2008
 9                                             RICHARD W. WIEKING
                                            CLERK, U.S. DISTRICT COURT
10  Hilton Lawrence Brown                  NORTHERN DISTRICT OF CALIFORNIA
         No# B51265 (S)                    Objection to file Suite
11   5905 Lake Earl Drive
12   Crescent City California 95532           # 08 CV 3324 TEH
13    Appellant and Plaintiff
14              versus
15  Governor: Arnold Schwarzenegger
16    I first Street, Capitol Mall
17   Sacramento, California. 95814
                 additional
18  Pelican Bay State Institution
19  Warden: Robert A. Horel
20   5905 Lake Earl Drive
21   Crescent City California 95531
                 additional
22  Medical Board of California
23   2005 Evergreen Street, Suite 1200
24   Sacramento, California 95815
                 additional
25  State Board of Control
26  Tort Claim Coordinator
27  Post Office Box 3035
    Sacramento California 95812
28      Real Parties of Interest
```

Table of Contents

Points and Authority                                        Page

1
2
3 Objection to file suite . . . . . . . . . . . . . . . 1
4 Federal Rule of Civil Procedure rule 60 (b) fraud . . . . . . . . . . 1
5 Federal Rule of Criminal Procedure rule 5.1 (a)(b)(c) . . . . . . . 3
6 Federal Tax rule 4042 and 9125 . . . . . . . . . . . . . 1
7 In Bank Criminal Case #76-19191 Supreme Court of California . . 4
8 Lanterman-Petris-Short Act . . . . . . . . . . . . . . 2
9 Reversal . . . . . . . . . . . . . . . . . . . . . 1
10 Title 15 sections 3367 and 3368 . . . . . . . . . . . . 1
11 AT 02 31 35-7 Atascadero Patient . . . . . . . . . . . 1
12 Case #07-9687 . . . . . . . . . . . . . . . . . .
13 Debt: G199804003245101 American Bar Association . . . . 1
14 U.S. 056 723 112 . . . . . . . . . . . . . . . . . 3
15 18 U.S.C. Section 3041 . . . . . . . . . . . . . . . 3
16 18 U.S.C. Section 3060 (a) 1988 . . . . . . . . . . . . 3
17 22 Am J2d false Imprisonment section 1 and 2 . . . . . . . 1
18 28 U.S.C. Section 1915 (d) . . . . . . . . . . . . . . 3
19 30 A Am J Rev ed Judges section 89 . . . . . . . . . . 3
20 34 Am J2d . . . . . . . . . . . . . . . . . . . 1
21 176 30 9592 Social Security Number . . . . . . . . . 1
22 479 U.S. 825 (1986) U.S. vs Gambino . . . . . . . . . 1
23 547 80 1876 Social Security Number . . . . . . . . . 1
24 788 f2d 938 (3rd Cir) Certiorari denied . . . . . . . . . 1
25
26
27
28

# Exhibit A Table of Content

1. Extension of Time .................................................. 2
2. Federal Rule of Appellate Procedure rule 46 ............ 3
3. Federal Rule of Civil Procedure rule 33 .................. 3
4. Notice Returning Certiorari ..................................... 1
5. 28 U.S.C. Section 1482 (b) ...................................... 3
6. Proof of Service by Mail .......................................... 4
7. 

## Exhibit B

8. Admission to the Bar ................................................ 1
9. Hilton Lawrence Brown vs Commissioner of Internal Revenue .. 1
10. Federal Rule of Appellate Procedure rule 46 .......... 2
11. Supreme Court of the United States rule 12.3 and 15.3 .. 1
12. 7 Am J2d Attorney Section 8 .................................. 2
13. 

## Exhibit C

14. Interlocutory Appeal .............................................. 1
15. California Penal Code section 1054.1 thru 7 ......... 2
16. California Welfare and Institution Code Section 5328.1 thru 7 .. 2
17. Case USCA 9th Circuit #04-80004 ......................... 2
18. 28 U.S.C. Section 1915 (d) ..................................... 2
19. 36 Am J1st Mayhem section 7 ................................ 2
20. 

## Exhibit D

21. Citizen Complaint ................................................. 1
22. Assault and Battery ................................................ 2
23. California Penal Code Section 3391 (b) and 832.5 .. 2
24. Case #07-9687 Supreme Court of the United States .. 2
25. 

## Exhibit E

26. Order to Show Cause ............................................. 1
27. Racketeer Influenced and Corrupt Organization Act .. 2
28.

1  Reversal by order of this court is necessary. To serve the Notice of
2  Deficiency assessment for income revealed by the Jury Trial finding
3  Atascadero State Hospital Guilty on all charges. In violation of
4  the California Department of Corrections Code title 15 section(s)
5  3367 and 3368. Psychosurgery and Aversive Therapy in which Their
6  License was suspended for the Illegal Electro Convulsive Therapy and
7  Brain Surgery with Assault and Battery. Wherein the Jury trial
8  found the Hospital Guilty as charged, 34 Am J2d federal Tax rule
9  9042 and 9125 the Administrative Law Judge for Social Security
10 Disability in Virginia ruled. That the State Hospital in Atascadero
11 California could receive payment from the Social Security Account
12 of AT 02 31 30-7 paid from Social Security Number #547 80 1876
13 and then closed the account after all the funds were gone. Debt
14 Number #G 1998040032 45101 for Social Security Account #176 30 9592
15 the United States Department of Education are all the same person,
16 for the college fees and cost for Inheritance Tax with held. They
17 are to include service Number # US 056 723 112 before the
18 Department of the Army.
19  The decision of the court was in Error and Reversible Error is
20 Necessary for the Interest of Justice. The false arrest and the
21 unlawful detention 22 Am J2d false Imprisonment section 1
22 and 2., Certiorari denied 479 U.S. 825 (1986) U.S. vs Gambino
23 788 F2d 938 (3rd Cir) Medical Mal Practice and the use of fraud
24 federal Rule of Civil Procedure rule 60(b) before the Local Judiciary
25 Hilton Lawrence Brown vs Arnold Schwarzenegger Governor of
26 the State of California case# 08-2157 Del Norte California and
27 Hilton Lawrence Brown vs Robert A. Horel, Warden at Pelican Bay
28 state Institution case #08-5082 Del Norte California

1

1  On the 16th Wednesday of January 2008, while at work in the main
2  Kitchen, Brown, Hilton Lawrence was thrown to the Ground and
3  received a Dislocated broke small finger on his Left hand. Pursuant
4  to Great bodily harm and the threat with the Assault and Battery.
5  By another inmate. Initial request was to process this title
6  28 U.S.C. section 1915 (b). In court as the procedure to ensure
7  a hearing on the Merits of this case In forma Pauperis Affidavit
8  by Order of the court.
9     The accused did not have the Administrative Hearing as set forth
10 in the Lanterman-Petris-Short Act prior to the use of Electro
11 Convulsive Therapy Treatments. At that time when Social Security
12 taxible income was used by Atascadero State Hospital as a fraud
13 was concealed by the Administrative Law Judge as a fraud.
14 Brown, Hilton Lawrence was taken to trial and Given Valium
15 a drug to counter act initial effect from Illegal Electro Convulsive
16 Therapy treatments. The response from the Internal Revenue Service
17 on a 1040 Tax form. Which list all income as a taxible
18 Liability for any Hospital cost and payments for a tax return.
19 Did not receive a hearing and summon on the merits. Income
20 paid out for the hospital cost. This was not Grounds to file
21 for over payment and a Notice of Deficiency Served, Because of
22 the criminal charges not being process by the Social Security
23 Administration as a crime.
24    The District Attorney of Los Angeles County would not produce
25 the work history of the Two Juveniles. That were shot to death
26 Then with held the Corners Inquest from showing the use of
27 drugs at the time of death. One victim was 15 fifteen years
28 old the other victim was 16 sixteen years old.

2

1  The Victims were taken to a funeral home then to the coroners. Both
2  were working as security Guards with a gun and holster at the
3  time of death. Did Internal Revenue Service use Good Legal
4  Judgment by not filing a violation from the income tax return.
5  Received from work done inviolation of the Moral standard
6  set for a minor Juvenile person working how is under the
7  age of 18 Eighteen years Old
8      Disqualification of a Judge because of the Conflict of Interest
9  subject to the relationship to subpoena. the record. 30 A Am J
10 Revied Judges section 89. federal Rule of Criminal Procedure rule
11 5.1 (a) (b) (c) Title 18 U.S.C. section 3060 (a) 1988 to determine
12 Probable cause to bind the accused for trial at the Preliminary
13 Hearing. When the state Court does not use a federal Magistrate
14 Judge to summon the Medical Transcript F.R.C.P. rule 5 (a) Local
15 Judicial Officer such as Social Security Administrative Law
16 Judges are used pursuant to Title 18 U.S.C. Section 3041
17     Inicident Report on the 23rd Wednesday of february 2000
18 during a riot. Brown, Hilton Lawrence was stabbed and cut.
19 He received stitches under the Left rib cage and under the Left
20 Jaw. At Pelican Bay state Infirmary which was not then License
21 Did not Practice as a hospital and the Patient had a right to
22 receive stitches. At the Hospital in Eureka or Crescent City
23 California. Due to the Emergency care by doctors and Nurses
24 from out of State. Inn Oregon were called in to treat the Victims.
25 There were over a Hundred inmates stabbed and cut. One
26 was shot to death. While two more were brought back to
27 Life after being shot to death at a hospital outside of the
28 Pelican Bay state Infirmary.

                                    3

1  In 1971 Gladys Towel Ruth allowed Atascadero State Hospital to use
2  Electro Convulsive Therapy on her clients, Inmates how were waiting
3  to stand trial. In 1973 Brown, Hilton Lawrence fired Attorney at
4  Law Gladys Towel Ruth before the start of Trial, In the Superior
5  Court of Judge: Jack E. Goertzen. He refused to remove G.T. Ruth
6  from the case # A274815. The State Bar Association of California
7  sent Carol Donavon in to court for the purpose to remove counsel
8  from the case # A274815
9      But before G.T. Ruth left the court, she found the informants attorney,
10 Attorney at Law Herbert Morton was to be the replacement for
11 G.T. Ruth. Conflict of Interest rule was in 1968 Calvin Chambers
12 the informant was in the Fort Ord stockade Company at the Fort
13 Ord Military Base in California. Attorney at Law hired to represent
14 the informant was Herbert Morton. Judge: Jack E. Goertzen
15 would not subpoena nor summon the Fort Ord stockade
16 Company for the transcripts.
17     Brown, Hilton Lawrence lose his rights to a Pro Per Status
18 or representation and the Judge denied a request for access
19 to the Law Library. In the Los Angeles County Jail you must
20 have a court order for Pro Per Status. I wrote to the chief
21 Justice of California and Petition for a Writ of Habeas Corpus
22 It was Granted in Criminal case In Bank Number # 76-19191
23 But the court appointed counsel refused to file a Brief and
24 then sent me a waiver form to fill out. No brief at all a
25 Wenda Hearing and the Grant for a Habeas Corpus writ
26 was then Dismiss in 1978
27
28

4

1 Brown, Hilton Lawrence is not on a Hunger strike. But can not get
2 fed. The Prison Guards refuse to wear a) ball cap and Latex Gloves.
3 Even after being given a direct order through a 602 appeal for Grievance
4 That was Granted PBSP Log #04-1840 B facility Building 8. Initial
5 regard was that Prison Guards not wearing a ball cap, while serving
6 the food. Would wipe the sweat off his or her face and forehead
7 onto the back of his or her hand or Latex Glove. A sweat band is
8 in the ball cap. I refuse to accept a food tray if the Prison Guard
9 is not wearing a ball cap and have not been fed on the following
10 days by the Named Prison Guards. Today C/o J, Hayes was chewing
11 tobacco snuff and sweat on his face and forehead. I refused to
12 accept the food tray at the cell door at 6:15 pm on this date
13 6-24-08
14 No breakfast food tray on 6-16-08 C/o Nelson
15 No dinner food tray on 6-18-08 C/o J, Hayes
   No breakfast food tray on 6-19-08 C/o Lueckfeld
16 No dinner food tray on 6-20-08 C/o Cardoza
17 No breakfast food tray on 6-22-08 C/o Camarena
   No dinner food tray on 6-22-08 C/o Chisman
18 No breakfast food tray on 6-23-08 C/o Olson and Paterson
19 No dinner food tray on 6-23-08 C/o Lyon
20 No dinner food tray on 6-24-08 C/o D, Hayes
   No dinner food tray on 6-25-08 C/o Decker
21 No breakfast food tray on 6-26-08 C/o Sohan
22 Vegetarian diet denied C/o A. Paul and C/o Hensley for breakfast 6-27-08
23 No dinner food tray on 6-27-08 C/o Morrison
24 No dinner food tray on 6-28-08 staff C/o McCovey, C/o Morrison, C/o J, Silva, C/o J, Hayes
   No breakfast food tray on 6-29-08 C/o Peterson
25 No dinner food tray on 6-29-08 C/o J, Hayes
26 No dinner food tray on 6-30-08 C/o J, Hayes
   No dinner food tray on 7-1-08 C/o Butcher, C/o J, Hayes, C/o Poole
27 No breakfast food tray on 7-2-08 C/o Cardoza
28 No breakfast food tray on 7-3-08 C/o Cardoza

5

1  No breakfast food tray on 7-4-08   c/o Cardoza, c/o Decker
2  No breakfast food tray    7-7-08   c/o Peterson
3  No dinner food tray       7-7-08   c/o Hurley
4  No breakfast food tray on 7-8-08   c/o Cardoza
5  No dinner food tray       7-8-08   c/o J. Hayes
6  No breakfast food tray    7-9-08   c/o Cardoza
7  No dinner food tray       7-9-08   c/o Gardner
8  No breakfast food tray on 7-10-08  c/o J. Morrison, c/o Straham
9  No dinner food tray       7-10-08  c/o McCovey, c/o Ta Fazio
10 No breakfast food tray    7-11-08  c/o McCovey, c/o Gutierrez
11 No breakfast food tray    7-12-08  c/o Katalowski
12 No dinner food tray on    7-12-08  c/o McCovey
13 No breakfast food tray on 7-13-08  c/o O. Willard
14 No breakfast food tray    7-14-08  c/o Straham
15 No breakfast food tray    7-15-08  c/o Axel
16 No dinner food tray       7-16-08  c/o Axel
17 No dinner food tray       7-16-08  c/o Cardoza
18 No breakfast food tray on 7-17-08  c/o Cusack
19 No dinner food tray       7-18-08  c/o R. Wilson
20 No breakfast food tray on 7-18-08  c/o Daniel
21 No dinner food tray       7-19-08  c/o Axel
22 No breakfast food tray on 7-19-08  c/o Buachanan
23 No dinner food tray on    7-21-08  c/o Chapman, c/o Straham
    No breakfast food tray   7-21-08  c/o J. Hayes, c/o J. Monks
    No dinner food tray on   7-22-08  c/o Straham
    No breakfast food tray   7-22-08  c/o Cardoza
    No dinner food tray on   7-23-08  c/o Straham, c/o Yoachman
    No breakfast food tray   7-23-08  c/o Cardoza, c/o Haddad
                         on  7-24-08  c/o R. Amis, c/o Peterson
24
25
26
27
28

1  Relief Sought Title 28 U.S.C. Section 1482(b), Injunction by
2  Habeas Corpus and Small Claim suite by Grand Jury and the
3  State Board of Control, State of California. To have sergeant
4  Wenning answer the 602 appeal to have B.R. Jackson in The
5  Law Library answer the 602 appeal. To have C/O Chisman answer
6  the 602 appeal each is separate and have gone unanswerd. I
7  can not prosecute the case because Sergeant: Accosta has not
8  responded to a 602 Appeal for Grievance.
9
10     Brown, Hilton Lawrence do solemnly affirm that as an
11 attorney (Law student) and as a counselor of this court. I
12 will conduct myself uprightly and according to Law and
13 that I will support the constitution of the United States.
14
15
16 Brown, Hilton Lawrence                    Hilton Lawrence Brown
17   No# B51265 (s)                          Brown, Hilton Lawrence
18   5905 Lake Earl Drive                    355 Business Law
19   Post Office Box 7000
20   Crescent City California 95532
21
22 Executed this 24th Thursday of July 2008
23
24
25
26
27
28

7

```
 1
 2
 3
 4              United States Attorney General
 5                 Department of Justice
 6             950 Pennsylvania Avenue, NW
 7             Washington, D.C. 20530-0001
 8
 9
10  Hilton Lawrence Brown              Jurisdictional Statement
11     No# 65/265 (S)                      # 08 CV 3324
    5905 Lake Earl Drive
12  Crescent City California 95532
13     Appellant and Plaintiff
14            Versus
15  Governor Arnold Schwarzenegger
       1 First Street, Capitol Mall
16  Sacramento, California 95814
17                      additional
18  Pelican Bay State Institution
       Warden; Robert A. Horel
19     5905 Lake Earl Drive
20  Crescent City California 95531
21                   additional
    Medical Board of California
22  2005 Evergreen Street, Suite 1200
23  Sacramento, California 95815
                         additional
24  State Board of Control
25  Tort Claim Coordinator
26  Post Office Box 3035
       Sacramento, California 95812
27     Real Parties of Interest
28
```

1. To invoke Original authority as Jurisdiction under Article
2. III of the Constitution of the United States. Title 28 USC Section
3. 1251 and Administrative Law section 11 of the Constitution
4. of the United States to include supervisory of rehearing the
5. Controversy pursuant to title 28 U.S.C. Section 1254(a) to
6. Justify Extra ordinary Relief 28 U.S.C. section 1651(a) for
7. the stay of certiorari 28 U.S.C. section 2101(f), Together with
8. Service on the State Attorney General and the California
9. Governor. The fact that the Constitutionality of an Act of
10. Congress has been serve on the Grand Jury pursuant to
11. 28 U.S.C. Section 2403 (a) and (b), 2 Am J2d Administrative
12. Law Section 692
13. Proof of Service by mail California Code of Civil Procedure
14. section 101(a) section 2015 thru 5. When the United States
15. Marshall is not available under 28 U.S.C. Section 1746. The
16. Verification of Document was completed by deposit into the
17. United States Postal Service address to counsel of Record
18. for Respondent
19.
20. First Appellate District          Department of the Sheriff
    Court of Appeals                   Del Norte County
21. 350 McAllister Street              650 5th Street
22. San Francisco, California 94102    Crescent City California 95531
23.
24. Executed this: 24Th Thursday of July 2008
25. Brown, Hilton Lawrence do solemnly affirm Roof of
26. Service is true and Correct. To the best of my own knowledge
27. under a penalty of perjury.
28. Brown, Hilton Lawrence
    NO# B51265 (S)                    Hilton Lawrence Brown
    5905 Lake Earl Drive              Business Law #355
    Crescent City California 95532